AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT
                                    ☐ SUPERSEDING

─── OFFENSE CHARGED ───

Title 18, United States Code, Section 2339B(a)(1) – Providing material support or resources to designated foreign terrorist organizations

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Maximum Prison Term of 20 Years;
Maximum Fine of $250,000;
Term of Supervised Release up to life;
Mandatory Special Assessment of $100;

─── Name of District Court, and/or Judge/Magistrate Location ───

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

─── DEFENDANT - U.S ───

▶ ISLAM SAID NATSHEH

DISTRICT COURT NUMBER

CR 16   166
RS

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE
CASE NO.

15-71651 MAG

Name and Office of Person
Furnishing Information on this form      Brian J. Stretch

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)      Elise Becker

─── DEFENDANT ───

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction   } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes    } If "Yes"
been filed?    ☐ No      give date filed _____

DATE OF ARREST ▶    Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year _____
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT      Bail Amount: None
If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____   Before Judge: _____

Comments:

1   BRIAN J. STRETCH (CABN 163973)
    United States Attorney

2

3                    .

4

5

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,          )   **CR 16      166**
                                       )
13         Plaintiff,                  )   VIOLATION:
                                       )
14  v.                                 )   Title 18, United States Code, Section 2339B(a)(1) –
                                       )   Providing material support or resources to designated
15  ISLAM SAID NATSHEH,                )   foreign terrorist organizations
                                       )
16         Defendant.                  )
                                       )   SAN FRANCISCO VENUE
17                                     )
                                       )
18  _____)

19                  I N F O R M A T I O N

20  The United States Attorney charges:

21         1.      At all times relevant to this Information, the Islamic State of Iraq and the Levant was a

22  designated Foreign Terrorist Organization ("FTO").  Specifically:

23         a.      On October 15, 2004, the United States Secretary of State designated al-Qa'ida in

24  Iraq ("AQI"), then known as Jam'at al Tawhid wa'al-Jihad, as an FTO under

25  Section 219 of the Immigration and Nationality Act and as a Specially Designated

26  Global Terrorist under section 1(b) of Executive Order 13224.

27

28

                                   1

b.     On May 15, 2014, the Secretary of State amended the designation of al-Qa'ida in Iraq ("AQI") as an FTO under Section 219 of the Immigration and Nationality Act and as a Specially Designated Global Terrorist entity under section 1(b) of Executive Order 13224 to add the alias Islamic State of Iraq and the Levant ("ISIL") as its primary name.  The Secretary also added the following aliases to the ISIL listing: the Islamic State of Iraq and al-Sham ("ISIS"), the Islamic State of Iraq and Syria ("ISIS"), ad-Dawla al-Islamiyya fi al-'Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, and Al-Furqan Establishment for Media Production.  Although the group has never called itself "Al-Qaeda in Iraq (AQI)," this name has frequently been used to describe it through history.

2.     Beginning on a date unknown, but no later than February 2015, through on or about December 29, 2015, in the Northern District of California, the defendant,

ISLAM SAID NATSHEH,

knowingly attempted to provide material support and resources, specifically, personnel, including himself, to a foreign terrorist organization, namely, ISIL, knowing that it was a designated foreign terrorist organization and that the organization had engaged and was engaging in terrorist activity and terrorism, in violation of Title 18, United States Code, Section 2339B(a)(1).

DATED:                                                                    BRIAN J. STRETCH
                                                                               United States Attorney

4/19/2016

                                                                               PHILIP A. GUENTERT
                                                                               Deputy Chief, Criminal Division

(Approved as to form:                                  )
                    ELISE BECKER
                    Assistant United States Attorney