# United States District Court
# Northern District of California

## CRIMINAL COVER SHEET

**Instructions:** Effective January 3, 2012, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case. Please place this form on top of the Defendant Information Form.

**Case Name:**
USA v. ISLAM SAID NATSHEH

**Case Number:** CR 16 166 RS

**Total Number of Defendants:**
1 ✓     2-7 ___     8 or more ___

**Is This Case Under Seal?**
Yes ___     No ✓

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**
Yes ___     No ✓

**Venue (Per Crim. L.R. 18-1):**
SF ✓     OAK ___     SJ ___

**Is this a death-penalty-eligible RICO Act gang case?**
Yes ___     No ✓

**Assigned AUSA (Lead Attorney):**
Elise Becker

**Comments:**

**Date Submitted:**
4/20/2016

December 2011

PRINT