BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

ELISE BECKER (NYBN 2540730)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6878
    FAX: (415) 436-7234
    Elise.Becker@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-00166 RS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME BETWEEN MAY 24, 2016 AND JUNE 14, 2016 UNDER 18 U.S.C. §3161 |
| v. | |
| ISLAM SAID NATSHEH, | |
| Defendant. | |

On May 24, 2016, the parties appeared before the Court for a Status Conference. The Court set a further date of June 14, 2016, at 2:30 p.m. for a Change of Plea hearing. The Court agreed to exclude all time under the Speedy Trial Act between May 24, 2016, and June 14, 2016, for disclosure and review of additional discovery in the case.

The parties agree and stipulate that the time between May 24, 2016, and June 14, 2016, should be excluded, under 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv), for effective preparation of counsel in light of the additional discovery.

STIPULATION AND ORDER EXCLUDING TIME
CR 16-00166 RS

DATED: June 2, 2016

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

_____/s/_____
Elise Becker
Assistant United States Attorney

SO STIPULATED.

DATED: June 2, 2016

_____/s/_____
Candis Mitchell
Attorney for Islam Natsheh

## [~~PROPOSED~~] ORDER

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between May 24, 2016, and June 14, 2016, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between May 24, 2016, and June 14, 2016, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between May 24, 2016, and June 14, 2016, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: June _6_, 2016

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER EXCLUDING TIME
CR 16-00166 RS