BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

ELISE BECKER (NYBN 2540730)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6878
    FAX: (415) 436-7234
    Elise.Becker@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-00166 RS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME BETWEEN JUNE 14, 2016 AND JULY 26, 2016 UNDER 18 U.S.C. §3161 |
| v. | |
| ISLAM SAID NATSHEH, | |
| Defendant. | |

    On June 14, 2016, the parties appeared before the Court for a Change of Plea. Defendant was not prepared to proceed on this date because defense counsel had not had an opportunity to review recently disclosed discovery with defendant. The Court set a further date of July 26, 2016, at 2:30 p.m. for a Change of Plea or status hearing. The Court agreed to exclude all time under the Speedy Trial Act between June 14, 2016, and July 26, 2016, for the defense to review the additional discovery in the case.

    The parties agree and stipulate that the time between June 14, 2016, and July 26, 2016, should be excluded, under 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv), for effective preparation of counsel in light of the additional discovery.

STIPULATION AND ORDER EXCLUDING TIME
CR 16-00166 RS

1 | DATED: June 15, 2016           Respectfully submitted,

                                       BRIAN J. STRETCH
                                       United States Attorney

                                       _____/s/_____
                                       Elise Becker
                                       Assistant United States Attorney

SO STIPULATED.

DATED: June 15, 2016           _____/s/ _____
                                       Candis Mitchell
                                       Attorney for Islam Natsheh

## [PROPOSED] ORDER

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between June 14, 2016, and July 26, 2016, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between June 14, 2016, and July 26, 2016, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time between June 14, 2016, and July 26, 2016, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: June 15, 2016           _____
                                       HON. RICHARD SEEBORG
                                       UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER EXCLUDING TIME
CR 16-00166 RS