STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:      415.436.7700
Facsimile:      415.436.7706
candis_Natsheh@fd.org

Counsel for Defendant Islam Natsheh

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,** | Case Number: cr 16-0166 RS |
| Plaintiff, | |
| v. | **Sentencing Memorandum** |
| **Islam Natsheh,** | Date:   December 13, 2016<br>Time:  2:30 p.m. |
| Defendant. | |

Islam Natsheh, through undersigned counsel, respectfully offers the following discussion of the statutory sentencing factors with the hope that it will help the Court. Mr. Natsheh's sentencing guidelines recommend a sentence within the 360-life guideline range. Mr. Natsheh offers the below in support of a recommend a 48-month sentence. For the following reasons, he hopes the Court will conclude the lower sentence is sufficient.

**1.   Background Information Regarding the Islamic State of Iraq and the Levant ("ISIL")**

For the Court's background benefit, Mr. Natsheh begins his sentencing memorandum with a review of the history and pervasive nature of the Islamic State of Iraq.

# Contents

**1.   Background Information Regarding The Islamic State Of Iraq  ("ISIL")**..................................1

1.1   Beliefs and Practices of ISIL .................................................................................... 2

1.2   History of ISIL .......................................................................................................... 4

   1.2.1 Origins and Al-Qaeda in Iraq............................................................................ 4

   1.2.2 Islamic State in Iraq ........................................................................................... 6

   1.2.3 Interaction with Nusra Front in Syria ................................................................ 7

   1.2.4 Recent Decline ................................................................................................... 7

1.3   ISIL's Use of Sophisticated Propaganda ................................................................ 10

   1.3.1 Sophistication, Diversity, Reach....................................................................... 11

   1.3.2 The Seductive Power of ISIL's Message .......................................................... 15

   1.3.3 Failure of Counter-Messaging........................................................................... 19

   1.3.4 Impact of Propaganda Campaign ...................................................................... 19

**2.   Section 3553(A) Analysis** ...................................................................................... 21

2.1   The Nature and Circumstances of the Offense ....................................................... 21

2.2   The History and Characteristics of the Defendant ................................................. 24

   2.2.1 Recruitment/Vulnerability................................................................................. 31

   2.2.2 Vulnerability Of Adolescents ........................................................................... 34

   2.2.3 Culpability of an Adolescent ............................................................................ 35

   2.2.4 Impulsive Decision Making .............................................................................. 36

   2.2.5 Increased Risk of Negative Peer Influence....................................................... 39

   2.2.6 Identity .............................................................................................................. 41

2.3   The Need for the Sentence Imposed. ...................................................................... 42

   2.3.1 To Reflect the Seriousness of the Offense, to Promote Respect for the Law, and
   to Provide Just Punishment for the Offense; To Afford Adequate Deterrence;............... 42

   2.3.2 To Provide the Defendant with Needed Educational or Vocational Training,
   Medical Care, or Other Correctional Treatment in the Most Effective Manner. ............ 48

2.4   The Kinds of Sentences Available .......................................................................... 48

2.5    The Sentencing Range Established for the Applicable Category of Offense Committed by the Applicable Category of Defendant as Set Forth in the Guidelines ...................................................... 49

2.6    Restitution ................................................................................................................................. 50

**3.     Objections To Special Conditions Of Supervised Release ....................................................... 50**

**4.     Conclusion And Request For Judicial Recommendation ........................................................ 51**

**CASES**

*Czernicki v United States,* 270 F.Supp.2d 391, 393 (S.D.N.Y. 2003) ........................................3, 49

*Graham v. Florida,* 560 U.S. 48, 76 (2010) ........................................................................35

*Miller v. Alabama,* 132 S. Ct. 2455, 2464 (2012)...............................................................35, 36

*Roper v. Simmons,* 543 U.S. 551, 569 (2005) ........................................... 35, 36, 39, 41

*United States v Benkahala,* 501 F.Supp.2d 748, 759 (E.D.VA. 2007 ............................................49

**STATUTES**

U.S.S.G. § 4A1.3(b)(1) ........................................................................................49

U.S.S.G. §3A1.4(b) ..........................................................................................49

**ARTICLES**

Agence France-Presse, *ISIL chief poised to become world's most influential
   militant?,* The National, Jun. 5, 2014 ........................................................18

Alberto M. Fernandez, *Here to Stay and Growing: Combating ISIS
   propaganda Networks,* The Brookings Project on U.S. Relations with
   the Islamic World U.S.-Islamic World Forum Papers 2015, Oct. 2015............................... 11, 12, 16, 17

Alex Marshall, *How Isis Got its Anthem,* The Guardian (US edition), Nov.
   9, 2014 ..................................................................................................12

Amanda E. Guyer et. al. *Amygdala and Ventrolateral Prefrontal Cortex
   Function During Anticipated Peer Evaluation in Pediatric Social
   Anxiety,* 65 Arch. Gen. Psychiatry 1303. 1307 (2008). ..............................40

Amnesty International, *Ethnic Cleansing on a Historic Scale,* 2014.................................4

Anna Altman, *How Many Foreign Fighters Have Joined ISIS?,* New York
   Times, Sept. 16, 2014 ........................................................................20

Anne Barnard, *After Losses in Syria and Iraq, ISIS moves the goal posts,*
   New York Times, Oct. 18, 2016 ..............................................................10

Arie W. Kruglanksi et. al., *The Psychology of Radicalization: How
   Significance Quest Impact Violent Extremism,* 3 5 Advances in Poli.
   Psychol. 69, 73 (201 ........................................................................39

Associated Press, *As cease-fire ends, ISIS advances on Palmyra in Syria,*
   CBS News, May 11, 2016.........................................................................9

Ayman Al-Zawahri, *Letter from Al-Zawahiri to Al-Zarqawi,* Global
   Security, Oct. 11, 2005 ........................................................................11

Defendant's Sent. Memo.
cr 16-0166 RS

Barry C. Feld et. al., *Adolescent Competence and Culpability: Implications of Neuroscience for Juvenile Justice Administration,* in Stephen Morse & Adina Roskies, eds., *A Primer on Criminal Law and Neuroscience* (New York: Oxford University Press, 2013) ...................................................... passim

BBC, 22 June 2016, *Islamic State and the crisis in Iraq and Syria in maps* ........................................ 8

Beatriz Luna & Charles Geier, *The Maturation of Incentive Processing and Cognitive Control* 93 Pharmacology, Biochemistry & Behavior 212, 218 (2009) ................................................................................................................... 36

Bernard Finger et. al., *Affective and Deliberative Processes in Risky Choice: Age Differences in Risk Taking in the Columbia Card Task,* 35 J. of Experimental Psycho: Learning, Memory and Cognition 709, 728 ........................ 36

Bobby Ghosh, *ISIS: A Short History,* The Atlantic, Aug. 14, 2014 ..................................... 4, 5, 6, 7

Brendan I. Koerner, *A US Judge May Sentence Wannabe Terrorists To 'Deradicalization',* Wired, Nov. 13, 2016, ................................................................. 48

Cahal Milmo, *ISIS Jihadists Using World Cup and Premier League Hashtags to Promote Extremist Propaganda on Twitter,* Independent, June 23, 2014 ................................................................................................ 13

Charles Winter and Jordan Bach-Lombardo, *Why ISIS Propaganda Works And Why Stopping It Requires that Governments Get Out of the Way,* The Atlantic Monthly, Feb. 13, 2016 ........................................................ 19

Charlie Winter, *Documenting the Virtual Caliphate,* Quilliam 2015 ................................. 14

Charlie Winter, *Fishing and Ultraviolence: So-Called Islamic State Is Known for its Brutality, But It's Also Hooking People in Far Subtler Ways,* BBC, Oct. 6, 2015 .................................................................. 12, 14, 15

Daniel Byman, *Understanding the Islamic State - A Review Essay,* 40 International Security No. 4, pp. 136-37 (Spring 2016) ................................. passim

David 0. Brink, *Immaturity, Normative Competence, and Juvenile Transfer: How (Not) to Punish Minors for Major Crimes,* 82 Tex. L. Rev. 1555 (2004) ............................................................................................................. 35

David J. Harding, *Violence, Older Peers, and the Socialization of Adolescent Boys in Disadvantaged Neighborhoods,* 74 Am. Sociol. Rev. 445, 458 (2009) ............................................................................................................. 39

David Rose, *How does ISIS fund its reign of terror?,* Newsweek, Nov. 14, 2014 ......................................................................................................... 6

David Voas & Fenella Fleischmann, *Islam Moves West: Religious Change in the First and Second Generations,* 38 Annu. Socio. Rev. 525, 534 (2012 ...................... 42

Dominic Casciani, *IS Propaganda Pushes State-Building, Quilliam Study Finds,* BBC, Oct. 6, 2015 .................................................................. 12

Elizabeth Cauffman & Laurence Steinberg, *(Im)maturity of Judgment in Adolescents: Why Adolescents May Be Less Culpable Than Adults,* 18 Behav. Sci. & the L. 741, 744 (2000)................................................................36

Elizabeth Sowell et. al., *Mapping Changes in the Human Cortex Throughout the Span of Life,* 10 The Neuroscientist 372, 374-75 (2004)................................37

Emily Feldman, *How Muslim Groups, Scholars Have Been Fighting ISIS,* NBC New York, Dec. 10, 2015 ..............................................................................4

Emma Graham-Harrison *Russian airstrikes in Syria killed 2,000 civilians in six months.* The Guardian, Mar. 15, 2016 ....................................................8

Erin McLaughlin, *How ISIS recruits children, then kills them,* CNN, Feb. 22, 2016 ............................................................................................................3

Faisal Irshaid, *How ISIS is Spreading its Message Online,* BBC News, June 19, 2014 ........................................................................................................13

*Foreign Fighters, An Updated Assessment of the Flow of Foreign Fighters into Iraq and Syria,* Intel. Brief. (The Soufan Group, Washington D.C.), Dec. 2015 ...........................................................................................40

Greg Miller and Karen De Young, *Obama Administration Plans Shake-up in Propaganda War Against ISIS,* Washington Post, Jan. 8, 2016, ............19

Hama Shazban, *Playing War: How the Military Uses Video Games*, The Atlantic, Oct. 10, 2013 .....................................................................................40

Haroro J. Ingram, *An Analysis of Islamic State's Dabiq Magazine,* Australian Journal of Political Science, Mar. 2016 .....................................16

*The Islamic State's (ISIS, ISIL) Magazine,* The Clarion Project, Sept. 2014 ...................34

Howard N. Snyder, *Appendix Serious, Violent and Chronic-An Assessment of the Extent of and Trends in Officially Recognized Serious Criminal Behavior in a Delinquent Population,* in Rolf Loeber & David F. Farrington eds. *Serious & Violent Juvenile Offenders,* (SAGE Publications, Thousand Oaks CA, 1998) .................................................41

Isaac Kfir, *Social Identity Group and Human (In)Security: The case of Islamic State in Iraq and the Levant (ISIS),* Sept. 8, 2014.......................5

*ISIS In America: From Retweets to Raqqa,* ISIS In America Reports (George Washington University/Program on Extremism, Washington D.C.), Dec. 2015 ...........................................................................................34

*ISIS In America; From Retweets to Raqqa,* ISIS In America Reports (George Washington University/Program on Extremism, Washington D.C.), Dec. 2015 ...........................................................................................40

*Islamic State Caliphate Shrinks a Further 12 Percent in 2016, IHS Says,* IHS MARKIT, July 10, 2016 .............................................................................8

1   *Islamic State's Caliphate Shrinks by 14 Percent in 2015,* IHS MARKIT, Dec.
    21, 2015 ...................................................................................................... 8

2   J.M. Berger, *How ISIS Games Twitter,* Atlantic, June 16, 2014 ..................... 13

3   James P. Farwell, *Jihadi Video in the "War of Ideas,"* Survival, Vol. 52. No.
    6, December 2010-January 2011 .................................................................. 12

4   James P. Farwell, *The Media Strategy of ISIS,* Survival, Vol. 56, No. 6, Dec.
    2014 ............................................................................................................. 12

5   John Horgan, *What makes a Terrorist Stop Being a Terrorist?,* J. for De-
    radicalization 1, 2 (2014) ............................................................................. 42

6
7   John Merrow, *US. Army Recruiters "Counseling" High Schoolers to Death,*
    70 Education Digest 4 (2005); *Cessation of Military Recruiting in Public
    Elementary and Secondary Schools,* Pol'y Statement. 20123. (American
    Public Health Association, Washington D.C.), Oct. 30 2012...................... 41

8   Jonathan Goldner et. al., *Exposure to Community Violence and Protective
    and Risky Contexts Among Low Income Urban African American
    Adolescents: A Prospective Study,* 40 J. Youth and Adolescence 174, 178
9   (2011) ......................................................................................................... 39

10  Jonathan Spyer, *The Changing ISIS Threat,* Apr. 23, 2016 ........................ 2, 3

11  Katrin Bennhold, *Jihad and Girl Power: How ISIS Lured 3 London Girls,*
    New York Times, Aug. 17, 2015 ................................................................. 12

12  Kimiko De Freytas-Tamura, *ISIS Defectors Reveal Disillusionment,* New
    York Times, Sept. 20, 2015 ........................................................................ 20

13  Laurence Steinberg, *A Behavioral Scientist Looks at the Science of
    Adolescent Brain Development,* 72 Brain & Cognition 160, 160 (2010)...... 36

14  Laurence Steinburg & Kathryn C. Monahan, *Age Differences in Resistance
    to Peer Influence,* 43 Devel. Psychol. 1531, 1541 (2007)........................... 39

15  Laurence Steinburg, *Risk Taking in Adolescence: New Perspectives from
    Brain and Behavioral Science,* 16 Current Directions in Psychol. Sci.
16  55, 57-58 (2007)......................................................................................... 37

17  Margo Gardner & Laurence Steinberg, *Peer Influence on Risk Taking, Risk
    Preference, and Risky Decision Making in Adolescence and Adulthood:
    An Experimental Study,* 41 Developmental Psychol. 626, 626-630
18  (2005)......................................................................................................... 39

19  Miya R. Asato et. al., *White Matter Development in Adolescence: A DTI
    Study,* 20 Cerebral Cortex 2122, 2122 (2010) ........................................... 37

20  Moghaddam, Fathali. The Staircase to Terrorism: A Psychological
    Exploration. *American Psychologist.* (February-March, 2005) .............. 32, 33

21  Mona Alami, *ls ISIS Decentralizing?,* Atlantic Counsel, Mar. 25, 2016 ....... 4, 9

Mubin Shaikh, *Countering Violent Extremism Online: An Anecdotal Case Study Related to Engaging ISIS Members and Sympathizers on Twitter,* 98 Soundings 478, 485-86 (2015) ................................................................................................ 42

Mulligan, Scott. *Radicalization Within the Somali-American Diaspora: Countering the Homegrown Terrorist Threat.* Master's Thesis at Naval Postgraduate School. Dec., 2009 ................................................................................ 32

Nat'l Research Council, Comm. On Assessing Juv. Just. Reform, *Reforming Juvenile Justice: A Developmental Approach* 94(Richard J. Bonnie et. al., eds. 2013 ............................................................................................................ 39

Paul Crompton, *Grand Theft Auto: ISIS? Militants reveal video game*, Al Arabiya English, Sept. 2014 ................................................................................ 40

Peter Neumann, *"Foreign Fighter Total in Syria/Iraq Now Exceeds 20,000; Surpasses Afghanistan Coeflict in the 1980s,"* The International Centre for the Study of Radicalisation and Political Violence, Jan. 26, 2015 .................... 11

Peter Neumann, *Foreign Fighter Total in Syria/Iraq Now Exceeds 20,000; Surpasses Afghanistan Conflict in the 1980s,* ICSR, Jan. 26, 2015 ............... 19

Peter R. Hurtenlocher & Arun S. Dabholkar, *Regional Differences in Synaptogenesis in Human Cerebral Cortex,* 387 J. of Comp. Neurology 167, 177-78 ...................................................................................................... 37

Peter R. Neuman, The International Centre for the Study of Radicalization and Political Violence, *Victims, Perpetrators, Assets: The Narratives of Islamic State Defectors*, 2015 ...................................................................... 21

Peter R. Neuman. *Defectors: ISIS is killing Muslims, not protecting them.* CNN. Sept. 22, 2015 ............................................................................................... 21

Peter Van Buren, *Islamic State's rules of Attraction and why US Countermeasures are Doomed,* Reuters, Oct. 25, 2014 ............................... 38

Rebecca Kheel, *Analysis: ISIS loses another 12 percent of territory,* July 11, 2016 ........................................................................................................................ 7

Remarks by the President at the Summit on Countering Violent Extremism, Feb. 19, 2015 ........................................................................... 10

Richardson, Matthew. *Al-Shabaab's American Recruits: A Comparative Analysis of Two Radicalization Pathways.* MA. Thesis, University of Texas at El Paso, 2012 ............................................................................... 31, 32, 33

Robert L. Basick, *U Chicago Study Explores How ISIS Lights up the Brains of Recruits,* U. Chicago, Social Sciences Division ........................................ 38

Scott Shane and Ben Hubbard, *ISIS Displaying A Deft Command of Varied Media,* New York Times, Aug. 31, 2014 ......................................................... 10

State Department *Background Briefing on Iraq,* May 20, 2015 ......................... 20

1

The Soufan Group, *Foreign Fighters: An Updated Assessment of the Flow of Foreign Fighters into Syria and Iraq,* Dec. 2015 ....................................... 3, 7

2

Terry E. Moffit, *Adolescence-Limited and Life-Course-Persistent Antisocial Behavior,* 100 Psych. Rev. 674 (1993) ............................................... 41

3

Thanassis Cambanis, *The Surprising Appeal of ISIS,* Boston Globe, June 29, 2014 ................................................................................................ 10

4

Thomas Hegghammer, *Seven Assumptions Shaken by the Arab Spring,* Project on Middle East Political Science, Feb. 3, 2014 ................................ 17

5

Tim Arrango, *ISIS Transforming into Functioning State That Uses Terror as Tool,* New York Times, July 21, 2015 ................................................. 2

6

Tim Lister, *Is ISIS going broke?,* CNN, June 29, 2016 ............................... 3, 9

7

U.S. Attorney Office, *New York Man Sentenced to a 15 Year Term in Federal Prison Following His Convictions for Money Laundering, Conspiracy, and Attempting to Provide Material Support and Resource to a Terrorist Organization,* U.S. DoJ Press Release ....................................... 47

8

9

*Understanding Jihadists, In Their Own Words,* The White Papers (Quantum Communications, Harrisburg PA) Apr. 2015 ........................... 38

10

United Nations Meetings Coverage and Press Releases, *Action Against Threat of Foreign Terrorist Fighters Must Be Ramped Up, Security Council Urges in High-Level Meeting,* May 29, 2015 ............................... 20

11

Vinod Venkatraman et. al., *Separate Neural Mechanisms Underlie Choices and Strategic Preferences in Risky Decision Making,* 62 Neuron 593, 597-599 (2009) ....................................................................................... 37

12

13

14

15

16

17

18

19

20

21

### 1.1  Beliefs and Practices of ISIL

The Islamic State of Iraq and the Levant ("ISIL") is an extremist, fundamentalist group of Sunni Muslims furthering a brutal interpretation of lslam. In June 2014, the group formally shifted from an insurgency—which had seized a large portion of territory in Iraq and Syria—to an organization purporting to be an Islamic "caliphate"— a theocratic pseudo-state ruled by a caliph, someone who claims to be a direct religious successor to the Prophet Mohammed.[1]

Though ISIL is a designated foreign terrorist organization, it is distinct from traditional terrorist groups in that it holds territory and has purported to establish a state in that territory. ISIL has a structure of rules based on Sharia law. It also contains a series of organizations that support its state-building efforts, including a basic civil bureaucracy,[2] Sharia schools (which also function as recruitment centers), [3] and "Hisbah", Islamic morality police who strictly enforce Sharia law. Political and religious dissent in the caliphate are not tolerated.[4]

ISIL's primary goal is to expand the territory of the caliphate through aggressive jihad—a war against unbelievers. The "Islamic State's slogan is *baqiya wa tatamaddad* (remaining and expanding)."[5]

---

[1] Daniel Byman, *Understanding the Islamic State - A Review Essay,* 40 International Security No. 4, pp. 136-37 (Spring 2016), available at http://www.mitpressjournals.org/doi/abs/10.1162/ISEC_r_00235?journalCode=isec#.WEZV32WFDzI ("Byman").

[2] *See, e.g.,* Byman p. 152

[3] Byman at p. 142

[4] Tim Arrango, *ISIS Transforming into Functioning State That Uses Terror as Tool,* New York Times, July 21, 2015, available at http://www.nytimes.com/2015/07/22/world/middleeast/isis-transforming-into-functioning-state-that-uses-terror-as-tool.html?_r=0

[5] Jonathan Spyer, *The Changing ISIS Threat,* Apr. 23, 2016, available at https://jonathanspyer.com/2016/04/23/the-changing-isis-threat/ ("Spyer")

1    To achieve this, ISIL is in, and plans to continue to be in, a state of perpetual war.[6] "[T]hey are deadly

2    serious regarding the task of their caliphate: war against the non-Islamic world until the latter is defeated

3    . . . [T]he sense of forward momentum is necessary to keep the foreign volunteers coming and the

4    monetary contributions flowing."[7] And the foreign volunteers have flowed readily—about 30,000 people

5    had traveled to join ISIL by late 2015.[8] ISIL has an incredible number of enemies. It most aggressively

6    opposes not only the United States and other Western nations, but Shiite Muslims[9] and the Syrian Assad

7    regime.[10] ISIL targets these and other groups fiercely—including kidnappings for ransom,[11] the use of child

8    soldiers,[12] suicide bombings and other terror attacks on civilians, attacks on the press, individual and mass

---

[6] Byman at pp. 136, 153

[7] Spyer

[8] The Soufan Group, *Foreign Fighters: An Updated Assessment of the Flow of Foreign Fighters into Syria and Iraq,* Dec. 2015, available at http://soufangroup.com/wp-content/uploads/2015/12/TSG_ForeignFightersUpdate3.pdf ("The Soufan Group")

[9] Sunni and Shia Muslims split 1,400-years ago—"immediately after the Prophet Mohammed's death in 632. Mohammed died without appointing a successor, leading to a split in the religion over whether its next leader should be chosen democratically or whether the Prophet's blood relatives should reign. The Sunnis believed Mohammed's friend and advisor Abu Bakr was the rightful 'caliph' of Muslims, while Shias thought that his cousin and son-in-law Ali was chosen by Allah to rule. Abu Bakr held the title first until his death, while Ali was crowned caliph fourth after two previous rulers were assassinated. But the split became more entrenched between Sunnis and Shias over who came next. Sunni Muslims argue their interpretation of Islam follows the ways of Mohammed (the Sunnah), Shias claim Ali was the rightful first caliph and only his descendants could claim to be the true leaders of Muslims." Jake Burman, *What is the Difference Between Sunni and Shia? Ancient Muslim Rivalry Explained."* Daily Express, Jan. 5, 2016 available at http://www.express.co.uk/news/world/631524/Sunni-Shia-Muslim-Explained-Islam-Islamic-Caliph-Prophet-Mohammed-Iran-Saudi-Arabia-Cleric

[10] *See, e.g.,* Byman at pp. 130, 153

[11] Tim Lister, *Is ISIS going broke?,* CNN, June 29, 2016, available at http://www.cnn.com/2016/03/04/middleeast/isis-finance-broke-lister/ ("Lister, Tim")

[12] Erin McLaughlin, *How ISIS recruits children, then kills them,* CNN, Feb. 22, 2016, available at http://www.cnn.com/2016/02/19/middleeast/isis-child-soldiers/

executions,[13] the systematic rapes and forced abortions of Yazidi minorities,[14] and the attempted ethnic cleansing of groups, including other Muslims and Christians.[15]

Despite these evils, ISIL is a strategic and clever organization. ISIL's tactics are designed to terrorize others to engender respect and fear, and, to push westernized Muslims away from society and towards radicalism.[16] The Western Islamic community has widely, though not unanimously, condemned and rejected ISIL's siren song.[17]

## 1.2  History of ISIL

### 1.2.1   Origins and Al-Qaeda in Iraq

Though the group took its present form in June 2014, the group now known as ISIL's roots go back to an earlier organization, Jama'at al-Tahwide w'al Jihad.[18] In 1999, a Jordanian militant, Abu Masab al-Zarqawi, was released from prison and became affiliated with Al-Qaeda, then led by Osama bin Laden.[19] After the United States unseated the Taliban, Zarqawi fled to Iran. By 2003, he had resurfaced in Iraq.[20]

---

[13] Byman at p. 143

[14] Byman at p. 141

[15] Amnesty International, *Ethnic Cleansing on a Historic Scale,* 2014, available at https://www.es.amnesty.org/uploads/media/Iraq_ethnic_cleansing_final_formatted.pdf

[16] Mona Alami, *ls ISIS Decentralizing?,* Atlanic Counsel, Mar. 25, 2016, available at http://www.atlanticcouncil.org/blogs/menasource/is-isis-decentralizing ("Alami").

[17] Emily Feldman, *How Muslim Groups, Scholars Have Been Fighting ISIS,* NBC New York, Dec. 10, 2015, available at http://www.nbcchicago.com/news/national-international/Muslim-Scholars-Groups-Against-ISIS-Speal-Out-361309791.html

[18] Bobby Ghosh, *ISIS: A Short History,* The Atlantic, Aug. 14, 2014, available at http://www.theatlantic.com/international/archive/2014/08/isis-a-short-history/376030/ ("Ghosh")

[19] Byman at p.131; Ghosh

[20] *Id.*

1    Zarqawi prepared and organized insurgent networks to fight America, and later, the transitional

2  Iraqi government.[21] In 2004, Zarqawi pledged loyalty to bin Laden and renamed his group Al-Qaeda in

3  Iraq (AQI).[22] After the United States overthrew Saddam Hussein's Baathist regime and installed a

4  democratic government, many formerly empowered Baathist Sunni Muslims were displaced and

5  radicalized.[23] This is especially true for Hussein's former military members.[24] Zarqawi himself fostered the

6  chaos early on by bombing the United Nations headquarters in Baghdad, the Jordanian embassy there,

7  and assassinating a leading moderate Shiite cleric.[25] Zarqawi's attacks were believed to be strategic and

8  purposeful with the goals of isolating Iraq in the Arab world and encouraging a sectarian war.[26]

9    Likewise, during this time the organization became more demanding upon other Muslims,

10  requiring other Iraq Sunnis to "submit to [Zarqawi's] harsh interpretation of sharia law [. . . ] Those who

11  resisted, even prominent figures in the community, were executed."[27] Al-Zarqawi advocated three core,

12  interconnected ideas: "ideology understood through tactics, anti-Shi'aism; and foreign recruitment."[28]

13

14

15

_____

16  [21] *Id.*

 [22] *Id.* at p. 131-32

17  [23] *Id.*

 [24] *Id.* at p.132; Ghosh

18  [25] Byman at p.132

19  [26] Byman at p.132

 [27] Ghosh

20

 [28] Isaac Kfir, *Social Identity Group and Human (In)Security: The case of Islamic State in Iraq and the Levant (ISIS)*, Sept. 8, 2014, available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2493209

21

### 1.2.2   Islamic State in Iraq

Shortly after Zarqawi's 2006 death, AQI rebranded itself as ISI, Islamic State in Iraq.[29] The organization's fundamentalist ideals and brutal tactics persisted through the rebranding,[30] but ISI had a distinct goal - to create a self-governing caliphate.[31] After its rebranding as ISI, the organization began to hold territory in a more formal sense. At its zenith, its territory held about eight million people—willing and unwilling, in its jurisdiction.[32]  However, ISI experienced backlash from Sunni militia, local tribes, and the United States military, and lost most of its power base and shrunk. After a period of time it "became irrelevant."[33]

This persisted until about 2011 under ISI's new leader, Abu Bakr Al-Baghdadi.[34] "Baghdadi took Zarqawi's tactics and supercharged them. The Shiites were still his main targets, but now he sent suicide bombers to attack police and military offices, checkpoints, and recruiting stations—civilian targets remained fair game.)."[35] Al-Baghdadi also exploited unpopular policies of Iraq's Prime Minister Nouri al-Maliki who put in policies that disfavored Sunni Muslims. Al-Baghdadi and ISI were able to frame al-Maliki's rule as an existential threat to Sunni Muslims and began consolidating power again.[36]

---

[29] Byman p.132

[30] Byman p.131

[31] Byman p.132

[32] David Rose, *How does ISIS fund its reign of terror?,* Newsweek, Nov. 14, 2014, available at http://www.newsweek.com/2014/11/14/how-does-isis-fund-its-reign-terror-282607.html

[33] Byman p.132-33

[34] Byman p.133

[35] Ghosh

[36] Byman p.133-34

### 1.2.3   Interaction with Nusra Front in Syria

The next major step forward for ISi was when it became involved in Syria's post-2011 collapse. ISI jumped into the war, initially as a supporter of the Nusra front in Syria, which was fighting against the controversial President Assad.[37] In 2013, ISI either "merged with" or "took over" the Nusra front and rebranded itself as either the Islamic State of lraq and the Levant, ISIL (or the Islamic State of lraq and Syria, ISIS).[38] In doing so, ISI and Al-Qaeda had a falling out, which included attacks on each other.[39] In 2014, ISIL again attempted to rebrand itself, this time as simply the "Islamic State." ISIL saw itself as a worldwide organization, not one limited to Iraq and Syria.[40] Around this time, ISIL increased its foreign recruitment efforts—particularly from other areas of the Middle East.[41] In total, by the end of 2015, roughly 30,000 people were estimated to have traveled from a foreign country to join ISIL.[42]

### 1.2.4 Recent Decline

The international community, including the United States, has strongly opposed ISIL. As the United States Defense Secretary Ash Carter noted, "[a]t every step in the campaign, we have generated and seized additional opportunities to hasten ISIL' s lasting defeat."[43] ISIL has recently been struggling, both militarily and in its financial and recruitment capacities.

---

[37] Byman p.135; Ghosh

[38] Byman p.135

[39] *Id.*

[40] *Id.* at p.136.

[41] *See* The Soufan Group at p.6; Byman 146-47

[42] The Soufan Group

[43] Rebecca Kheel, *Analysis: ISIS loses another 12 percent of territory,* July 11, 2016, available at http://thehill.com/policy/defense/287205-report-isis-losses-another-12-percent-of-territory

Militarily, ISIL has been struggling to fight against the numerous groups supporting the Baathist Syrian president, Bashar al-Assad, while simultaneously being devastated by air strikes from both a U.S.-led coalition and from Russia.[44] The coalition—which includes the United States, Australia, Belgium, Canada, Denmark, France, Jordan, and the Netherlands—launched nearly 13,000 air strikes against the Islamic State across both Iraq and Syria from August 2014 to June 2016.[45] In June 22, 2016, the United States publicly estimated that its air strikes killed a total of 25,000 ISIL fighters.[46] Russia's airstrikes have likewise been frequent and devastating.[47]

This coordinated effort, along with domestic problems for ISIL, has caused a substantial decline in its territory and has caused economic hardship for ISIL. The organization Information Handling Services ("IHS") reported ISIL "consistently lost territory month-on-month throughout 2015"–and, over the calendar year, lost roughly 14% of its geographical territory.[48] The same organization later reported that ISIL territory shrunk a further 12% during the first half of 2016.[49] Critically, to exist in its current form,

---

[44] BBC, 22 June 2016, *Islamic State and the crisis in Iraq and Syria in maps,* available at http://www.bbc.com/world-middle-east-27838034

[45] *Id.*

[46] *Id.*

[47] Emma Graham-Harrison *Russian airstrikes in Syria killed 2,000 civilians in six months*. The Guardian, Mar. 15, 2016, available at https://www.theguardian.com/world/2016/mar/15/russian-airstrikes-in-syria-killed-2000-civilians-in-six-months

[48] *Islamic State's Caliphate Shrinks by 14 Percent in 2015,* IHS MARKIT, Dec. 21, 2015, available at http://news.ihsmarkit.com/press-release/aerospace-defense-security/islamic-states-caliphate-shrinks-14-percent-2015

[49] *Islamic State Caliphate Shrinks a Further 12 Percent in 2016, IHS Says,* IHS MARKIT, July 10, 2016, available at http://news.ihsmarkit.com/press-release/aerospace-defense-security/islamic-state-caliphate-shrinks-further-12-percent-2016-ihs

1    ISIL has had to raise money from a variety of sources. These include lootings, seizures, traditional taxes,

2    special taxes on certain groups of non-believers, oil sales, and kidnappings and ransoms.[50] ISIL's ability to

3    raise money has been recently hamstrung for a variety of reasons, including (1) the organization has not

4    been able to maintain its rate of seizing others' assets; (2) the organization's ability to extract oil and sell it

5    has been marginalized; (3) the organization is not politically conducive to functioning modern businesses;

6    and, (4) the war has taken a toll on ISIL's capabilities—particularly the U.S.-led coalition's targeted

7    bombings, nicknamed "Tidal Wave II"—which have attacked both ISIL's funding sources and

8    manpower.[51] These factors have led to low morale amongst ISIL's soldiers. In January 2016, it was widely

9    reported that ISIL slashed the salaries of its fighters by half.[52] In July 2016, ISIL executed 35 of its fighters

10   who refused to be redeployed.[53] The organization killed another 21 who were fleeing from ongoing

11   battles.[54] A number of other fighters—at least 40—defected from ISIL near Aleppo.[55]

12       Earlier this year, it appeared that a ceasefire in Syria might have slowed some of the turmoil

13   surrounding ISIL. But that ceasefire quickly unraveled.[56] ISIL recently lost control of Dabiq - a city with

14

15

---

16   [50] Lister, Tim; Mona Alami, *ls ISIS Decentralizing?,* Atlantic Council, Mar. 25, 2016, available at http://www.atlanticcouncil.org/blogs/menasource/is-isis-decentralizing ("Alami")

17   [51] Lister, Tim; Alami

     [52] Alami

18   [53] *Id.*

19   [54] *Id.*

     [55] *Id.*

20   [56] *See, e.g.,* Associated Press, *As cease-fire ends, ISIS advances on Palmyra in Syria,* CBS News, May 11, 2016, available at http://www.cbsnews.com/news/as-cease-fire-ends-isis-advances-palmyra-syria/

21

1  substantial religious and strategic significance to the organization.[57] The combat and unrest continues,

2  with ISIL weakening, but with no end immediately apparent to the organization or its terror campaign.

3  **1.3  ISIL's Use of Sophisticated Propaganda**

4  One of the most remarkable and unprecedented features of ISIL's strategic operations is its

5  intensive and sophisticated use of social media to recruit new members and supporters. On a variety of

6  social media platforms, ISIL has engaged in an international propaganda campaign, featuring glossy online

7  magazines, videos with high production values, drone images, and multi-lingual, easily-relayed

8  messages—propaganda efforts President Obama has acknowledged are "designed to target today's young,"

9  especially "those who may be disillusioned or wrestling with their identity."[58]

10  At its heart, this propaganda markets a seductive ideology of statehood and citizenship. Writing in

11  the Boston Globe in June 2014, Thanassis Cambanis explains that despite its "repugnant" tactics, ISIL "has

12  gotten one important thing right: It has created a clear - and to some, compelling - idea of citizenship and

13  state-building in a region almost completely bereft of either."[59] This message is coupled with a sense of

14  urgency. As psychologist John G. Horgan adds, ISIL is saying to its young audience, "[b]e part of

15  something that's bigger than yourself and be part of it *now*."[60]

---

16

17  [57] Anne Barnard, *After Losses in Syria and Iraq, ISIS moves the goal posts,* New York Times, Oct. 18, 2016, available at http://www.nytimes.com/2016/10/19/world/middleeast/islamic-state-syria-iraq.html

18  [58] *See* Remarks by the President at the Summit on Countering Violent Extremism, Feb. 19, 2015 ("President Obama CVE Remarks"), available at https://www.whitehouse.gov/the-press-office/2015/02/19/remarks-president-summit-countering-violent-extremism-february-19-2015

19
20  [59] *See* Thanassis Cambanis, *The Surprising Appeal of ISIS,* Boston Globe, June 29, 2014, available at https://www.bostonglobe.com/ideas/2014/06/28/the-surprising-appeal-isis/l9YwC0GVPQ3i4eBXt1o0hI/story.html

21  [60] *See* Scott Shane and Ben Hubbard, *ISIS Displaying A Deft Command of Varied Media,* New York Times, Aug. 31, 2014, available at http://www.nytimes.com/2014/08/31/world/middleeast/isis-displaying-a-deft-

The impact of ISIL's propaganda can be measured in the huge numbers of foreign fighters that have flocked to join insurgent groups in Syria - an estimated 20,000 fighters by early 2015, the overwhelming majority to join ISIL.[61] As an extensive study by Alberto M. Fernandez (former U.S. Ambassador to Equatorial Guinea) for the Brookings Institution published in October 2015 concludes, "[e]fforts to blunt ISI[L] propaganda have been tentative and ineffective . . . dwarfed by the sheer size of the ISI[L] footprint. No effort to date has matched the tailored nature, the scope, nor the electrifying content of the Islamic State's material. "[62]

### 1.3.1 Sophistication, Diversity, Reach

ISIL's propaganda strategy is not unique to ISIL, its forebear Al-Qaida, or terrorist groups in general. In fact, Al-Qaida leader Ayman Al-Zawahiri claimed half of his organization's battle was "taking place in the battlefield of the media."[63] But, as experts acknowledge, the quality, quantity and reach of ISIL's media warfare is extraordinary. As the Syrian war escalated and Islamic State became ISIL, its brand of propaganda emerged: "a focus on Syria, high quality production values, an emphasis on social media networks and an appeal to a wider, pan-Islamic and non-Arabic speaking audience."[64] Harnessing the

command-of-varied-media.html  *("ISIS Displaying A Deft Command")* ( emphasis added).

[61] Peter Neumann, *"Foreign Fighter Total in Syria/Iraq Now Exceeds 20,000; Surpasses Afghanistan Coeflict in the 1980s,"* The International Centre for the Study of Radicalisation and Political Violence, Jan. 26, 2015, http://icsr.info/2015/01/foreign-fighter-total-syriairaq-now-exceeds-20000-surpasses-afghanistan-conflict-1980s/

[62] Alberto M. Fernandez, *Here to Stay and Growing: Combating ISIS propaganda Networks,* The Brookings Project on U.S. Relations with the Islamic World U.S.-Islamic World Forum Papers 2015, Oct. 2015, at 1, available at https://www.brookings.edu/wp content/uploads/2016/06/IS-Propaganda_Web_English.pdf ("Brookings Report").

[63] Ayman Al-Zawahiri, *Letter from Al-Zawahiri to Al-Zarqawi,* Global Security, Oct. 11, 2005, available at http://www.globalsecurity.org/security/library/report/2005/zawahiri-zarqawi letter_9jul2005.htm

[64] Brookings Report at 6.

Defendant's Sent. Memo.
cr 16-0166 RS                    11

"free-wheeling, decentralized nature"[65] of YouTube, Twitter, Instagram, Facebook, among other social media platforms, one writer has termed ISIL's "war of ideas"[66] as "high-tech media jihad."[67] As Ambassador Fernandez puts it, "[j]ust as ISIS took advantage of ungoverned space in war-torn parts of Iraq and Syria, it also took advantage of 'ungoverned' virtual space."[68]

Along with its flagship online magazine, "Dabiq," ISIL produces and disseminates powerful and emotional videos and images. They depict its members as dedicated and fearsome warriors;[69] they highlight the ravages of the Syrian war, particularly on children;[70] and they illustrate ISIL's role not just as combatant, but also as nation-builder.[71] ISIL's prodigious media output juxtaposes images of battle, gore, and executions with warmer images of "foot soldiers eating Snicker's bars and nurturing kittens," aimed to "communicate the message that, while strictly Islamic, ISI[L] stands for promoting the welfare of

---

[65] Brookings Report at 12.

[66] James P. Farwell, *Jihadi Video in the "War of Ideas,"* Survival, Vol. 52. No. 6, December 2010-January 2011, pp. 127-150.

[67] Alex Marshall, *How Isis Got its Anthem,* The Guardian (US edition), Nov. 9, 2014, available at https://www.theguardian.com/music/2014/nov/09/nasheed-how-isis-got-its-anthem

[68] Brookings Report at 12.

[69] James P. Farwell, *The Media Strategy of ISIS,* Survival, Vol. 56, No. 6, Dec. 2014, 2015, p. 50 (December 2014-January 2015) *("The Media Strategy of Isis").*

[70] *See, e.g.,* Katrin Bennhold, *Jihad and Girl Power: How ISIS Lured 3 London Girls,* New York Times, Aug. 17, 2015, available at http://www.nytimes.com/2015/08/18/world/europe/jihad-and-girl-power-how-isis-lured-3-london-teenagers.html

[71] *See* Dominic Casciani, *IS Propaganda Pushes State-Building, Quilliam Study Finds,* BBC, Oct. 6, 2015, available at http://www.bbc.com/news/world-34448557 ; Charlie Winter, *Fishing and Ultraviolence: So-Called Islamic State Is Known for its Brutality, But It's Also Hooking People in Far Subtler Ways,* BBC, Oct. 6, 2015, available at http://www.bbc.co.uk/news/resources/idt-88492697-b674-4c69-8426-3edd17b7daed ("Fishing and Ultraviolence").

1   people, not murdering them."[72] With meticulous execution, it exploits the "echo chambers" of social

2   media, in which users end up self-selecting their own nuanced virtual existence.[73]

3       The group's use of Twitter—with its advantages of speed, volume and the ability to tailor a message

4   to a specific audience through hashtags—has been particularly effective. ISIL has an Arabic-language

5   Twitter application called "The Dawn of Glad Tidings," which facilitates retweeting of ISIL-generated

6   hashtags through thousands of activists, while simultaneously avoiding triggering Twitter's spam-

7   detective algorithms.[74] When ISIL marched on Mosul, its members produced up to 44,000 tweets a day.[75]

8   Using searchable Twitter hashtags like #BaghdadIsLiberated and #IraqIsLiberated and professional, multi-

9   lingual or subtitled promotional videos, ISIL urged support for its "one billion campaign," which called

10  on Muslims to post messages, photos and videos on Twitter, Instagram and YouTube in support of ISIS.[76]

11  During the World Cup, ISIL's media operation creatively used hashtags such as #Brazil2014, #ENG,

12  #France and #WC2014 to gain access to millions of Twitter users who were World Cup fans, in the hope

13  that they would follow links to the group's propaganda videos.[77]

14

15      [72] *The Media Strategy of ISIS* at 50.

16      [73] *Fishing and Ultraviolence.*

17      [74] J.M. Berger, *How ISIS Games Twitter,* Atlantic, June 16, 2014, available at
http://www.theatlantic.com/international/archive/2014/06/isis-iraq-twitter-social-media-strategy/372856/

        [75] *Id.*

18
        [76] Faisal lrshaid, *How ISIS is Spreading its Message Online,* BBC News, June 19, 2014, available at

19      http://www.bbc.com/news/world-middle-east-27912569

        [77] Cahal Milmo, *ISIS Jihadists Using World Cup and Premier League Hashtags to Promote Extremist

20      Propaganda on Twitter,* Independent, June 23, 2014, available at
        http://www.independent.co.uk/news/world/middle-east/iraq-crisis-exclusive-isis-jihadists-using-world-cup-and-
        premier-league-hashtags-to-promote-9555167.html

21

Defendant's Sent. Memo.
cr 16-0166 RS                         13

1    Charlie Winter, a researcher with the Quilliam Foundation, analyzed ISIL's propaganda output for

2    one month in mid-2015. What he found was startling even to seasoned observers of ISIL's media usage:

3    In just 30 days, ISIL's official propagandists created and disseminated 1,146 separate units of propaganda

4    in six languages—892 units when grouping the different language versions. They included photo essays,

5    videos, audio statements, radio bulletins, text round-ups, magazines, posters, pamphlets, and theological

6    treatises, all "uniformly presented and incredibly well-executed, down to the finest details."[78] Along with

7    the usual depictions of "civilian life, military pursuits, victimization, ultra-violence, instances of mercy and

8    hints at the camaraderie IS[IL]'s foreign fighters enjoy," these postings stressed the idea of utopia—"social

9    justice, economy, religious 'purity' and the constant expansion of the caliphate."[79] The content was

10   "voluminous" and "truly relentless," causing Winter to conclude that "the secret of the IS[IL] media

11   strategy" was to "produce, produce, produce . . . overaw[ing] and overwhelm[ing] their adversaries while

12   at the same time luring the curious and vulnerable."[80] Civilian life was juxtaposed with military-themed

13   output on a 2:1 ratio: "Photo essays depicting melon agriculture, handicrafts and industry, wildlife,

14   cigarette confiscations, and street cleaning were disseminated on an almost like-for-like basis alongside

15   sets of images showing balaclava-wearing IS[IL] fighters firing mortars into the distance, defiling large

16   piles of dead 'enemies' and gloating over booty."[81] Amid this constant juxtaposition of civilian and military

17

---

18   [78] *See Fishing and Ultraviolence, supra; see also* Charlie Winter, *Documenting the Virtual Caliphate,*
     Quilliam 2015, available at https://www.quilliamfoundation.org/wp/wp-content/uploads/2015/10/FINAL-
19   documenting-the-virtual-caliphate.pdf

     [79] *Fishing and Ultraviolence, supra.*

20   [80] *Id.*

21   [81] *Id.*

Defendant's Sent. Memo.
cr 16-0166 RS                                    14

life, the propagandists continuously played upon the victimhood narrative, "routinely parad[ing] dead or maimed children, women and old people before cameras as they sought to maximize the political value of the collateral damage caused by enemy air strikes."[82] These images were "used to both legitimize the existence of IS[IL]'s self-proclaimed caliphate and justify the innumerable crimes of its active members."[83]

Describing ISIL's caliphate brand as "comprehensive," with "something for everyone," Winter observes that the footage he analyzed in mid-2015 diverged from similar footage in 2014: "in stark contrast to the norms that I had noted over the course of the inaugural year of the IS[IL] 'caliphate' –very little time was devoted to conveying the ideas of mercy and belonging, both of which had once been a mainstay of IS[IL]'s public diplomacy."[84] Mr. Natsheh stated he first became interested in traveling to Syria in 2014 via postings on Instagram. PSR ¶ 11. Thus, the ISIL propaganda being disseminated to Mr. Natsheh in this case, who had cemented his ISIL ambitions before mid-2015, was the content that emphasized mercy, belonging, and camaraderie.

### 1.3.2 The Seductive Power of ISIL's Message

At the core of ISIL's successful propaganda efforts is a powerful message to pan-Muslim and pan-Arabic youth across the world:  ISIL embodies not only the one true vision of Muslim identity—it has the capacity to enshrine it in a sustainable concept of Islamic nationhood. Layered onto this message is one of urgency and obligation. ISIL exhorts all Muslims that battling to restore a caliphate is a religious and an immediate duty. This battle is framed in apocalyptic terms, focused on the boundaries drawn in the Middle

---

[82] *Id.*

[83] *Id.*

[84] *ISIS Displaying A Deft Command, supra.*

East by Western powers after World War I—partitions that ISIL argues were "a divide-and-conquer strategy intended to prevent Muslims from unifying 'under one imam carrying the banner of truth.'"[85] Through its capture of territory, its military might, and the lucrative spoils of war, ISIL claims its ability to right these historical grievances, "creating a unified Muslim state that will subsume existing nations."[86] ISIL's narrative emphasizes ISIL's historical justification, military advances, governmental consolidation, and march to inevitable victory.[87]

As ISIL puts it in an early article in Dabiq in 2014: Raise your head high, for today - by Allah's grace - you have a state and Khilafah, which will return your dignity, might, rights, and leadership. It is a state where the Arab and non-Arab, the white man and black man, the easterner and westerner are all brothers.[88]

In his extensive analysis of ISIL propaganda for the Brookings Institution, Ambassador Fernandez identifies several key themes in ISIL's media output, echoed in the work of other experts:

- **Urgency.** This is "one of the few words" that sums up hundreds of hours of ISIS propaganda footage. Sunni Muslims are being slaughtered now, primarily by Shiites, and Syria's children are being killed by apostates. The call echoes the long-standing grievances perpetrated against "true" Muslims by ousted enemies.[89]

---

[85] *ISIS Displaying A Deft Command, supra.*

[86] *Id.*

[87] *Id.*

[88] Haroro J. Ingram, *An Analysis of Islamic State's Dabiq Magazine,* Australian Journal of Political Science, Mar. 2016, at 13, available at http://www.tandfonline.com/doi/abs/10.1080/10361146.2016.1174188?tokenDomain=eprints&tokenAccess=VP5uA5z66kfQHmkETR4v&forwardService=showFullText&doi=10.1080%2F10361146.2016.1174188&doi=10.1080%2F10361146.2016.1174188&journalCode=cajp20

[89] Brookings Report at 11.

- **Agency.** ISIL exhorts the Muslim viewer to do something now to save the Muslims, "it is up to you," a call that is akin to a "religious duty." Citing Thomas Hegghammer, the Brookings Report notes "a growing number of micro-level studies of jihadi recruitment downplays the role of doctrine and emphasizes proximate incentives involving emotions: the pleasure of agency, the thrill of adventurism, the joy of camaraderie, and the sense of living an 'authentic Islamic life.'"[90] The Muslim individual "is called to ask himself if he is one of the 'suitable bricks' for the 'blessed structure' which is the Islamic State."[91]

- **Authenticity.** An individual finds his authenticity in joining ISIL – fulfillment being his "in the authenticity of the organization he is joining," the extremity and harshness of which "is actually further proof of its sincerity."[92] Femandez goes on to note in the Brookings Report that political critics "often falsely assume that the extreme violence of ISIL is nihilistic, but in fact, it has a very clear stated purpose, which is to bring about something longed for and not seen for many years"—the Islamic State.[93]

- **Victory.** ISIL is marching towards victory. It is "here to stay and growing," expressed both in footage of actual military victories (Fallujah, Mosul, or Sinjar,), but also in "other displays of power and impunity," including public beheadings, the destruction of idols, and "the display of state-like qualities such as currency and passports."[94]

It is this focus on the universal ideal of belonging and statehood that is at the heart of ISIL's appeal—particularly, as President Obama has noted, to disaffected and alienated Muslim youth across the world. In his remarks at White House Summit on Countering Violent Extremism on February 19, 2015, the President noted:

---

[90] 88 *Id. citing* Thomas Hegghammer, *Seven Assumptions Shaken by the Arab Spring,* Project on Middle East Political Science, Feb. 3, 2014, available at http://pomeps.org/2014/02/03/jihadism-seven-assumptions-shaken-by-the-arab-spring/

[91] *Id.*

[92] *Id.*

[93] *Id.* at 11-12.

[94] *Id.* at 12.

Defendant's Sent. Memo.
cr 16-0166 RS                                    17

[W]e must address the grievances that terrorists exploit, including economic grievances. As I said yesterday, poverty alone does not cause a person to become a terrorist, any more than poverty alone causes someone to become a criminal . . .

But when people—especially young people—feel entirely trapped in impoverished communities, where there is no order and no path for advancement, where there are no educational opportunities, where there are no ways to support families, and no escape from injustice and the humiliations of corruption—that feeds instability and disorder, and makes those communities ripe for extremist recruitment. And we have seen that across the Middle East and we've seen it across North Africa. So if we're serious about countering violent extremism, we have to get serious about confronting these economic grievances.[95]

To young impressionable minds experiencing alienation from the dominant culture around them, ISIL's message—albeit accompanied by tactics that are disturbing to many other offers—an opportunity of identity. As Peter Neumann, Director of the International Centre for the Study of Radicalization ("ICSR") in London, argues: "if you are a Brit or a French guy who has no family connection to Syria, you're not wanting to fight for the Syrian people. . . .The reason you're going there is because you see Syria as essentially the cent[er] of gravity or the potential birthplace for that Islamic state that you're hoping to create."[96] Notably, in an extensive review of ISIL's propaganda, the New York Times concluded in August 2014, that it contained "strikingly few calls for attacks on the west."[97] Rather, nearly all of ISIL's varied output "promotes its paramount goal: to secure and expand the Islamic State."[98]

---

[95] *See* President Obama CVE Remarks.

[96] *See* Agence France-Presse, *ISIL chief poised to become world's most influential militant?,* The National, Jun. 5, 2014, available at http://www.thenational.ae/world/middle-east/isil-chief-poised-to-become-worlds-most-influential-militant

[97] *See ISIS Displaying A Deft Command, supra.*

[98] *Id.*

### 1.3.3   Failure of Counter-Messaging

Experts are in agreement that efforts to counter ISIL messaging, at least up to the end of 2015, were ineffective. It was not just that these efforts were no match for the sheer volume of ISIL propaganda, they did not convey a coherent and compelling enough counter-narrative.[99] Ambassador Fernandez, a former head of the U.S. government's counter-messaging headquarters, the Center for Strategic Counterterrorism Communications ("CSCC"), acknowledged that the counter-messaging efforts of Arab regimes, western European governments, and the United States "have all seemingly failed to substantively blunt ISIS's efforts to recruit over social media."[100] In fact, early this year, in the face of "faltering efforts to combat the online propaganda of the Islamic State and other terrorist groups," the United States revamped CSCC, with one U.S. official noting "[w]e're not the most effective messenger for the message we want to get out."[101]

### 1.3.4   Impact of Propaganda Campaign

ISIL's propaganda campaign has proved to be remarkably successful, causing thousands of young foreigners to flock to its borders—"the largest mobilization of foreign fighters in Muslim majority countries since 1945."[102] The United States estimated in that between 20,000 and 30,000 foreign fighters

---

[99] *See generally,* Charles Winter and Jordan Bach-Lombardo, *Why ISIS Propaganda Works And Why Stopping It Requires that Governments Get Out of the Way,* The Atlantic Monthly, Feb. 13, 2016, available at http://www.theatlantic.com/international/archive/2016/02/isis-propaganda-war/462702/

[100] Brookings Report at 16.

[101] Greg Miller and Karen De Young, *Obama Administration Plans Shake-up in Propaganda War Against ISIS,* Washington Post, Jan. 8, 2016, available at https://www.washingtonpost.com/world/national-security/obama-administration-plans-shake-up-in-propaganda-war-against-the-islamic-state/2016/01/08/d482255c-b585-11e5-a842-0feb51d1d124_story.html?utm_term=.1a9d01ab0532

[102] Peter Neumann, *Foreign Fighter Total in Syria/Iraq Now Exceeds 20,000; Surpasses Afghanistan Conflict in the 1980s,* ICSR, Jan. 26, 2015, available at http://icsr.info/2015/01/foreign-fighter-total-syriairaq-now-exceeds-

have travelled to Syria and Iraq between 2011 and 2014.[103] In May 2015, a senior state department official

estimated that the group had attracted more than 22,000 foreign recruits from more than 100 countries.[104]

A number of these—exact statistics are unavailable—have traveled from the United States.[105]

The International Centre for the Study of Radicalization and Political Violence ("ICSR") estimated

in 2015 that more than 25% have returned.[106] Analyses of the perspectives of returned ISIL recruits are still

under way, but the studies that do exist indicate a profound level of disillusionment. A report by the ICSR

interviewed 58 returnees willing to describe their experiences. The New York Times summarized their

testimony as follows:

> [S]ome of the defectors said they disapproved of the Islamic State's
> hostility to other Sunni rebel groups that opposed President Bashar al-
> Assad in Syria, and its indiscriminate killings of civilians and hostages.
> Others grew weary of what they saw as favoritism and mistreatment by
> commanders, or were disappointed that the life of a militant was far less
> exciting, or lucrative, than they had imagined. Two left after they found
> out that they had been selected as suicide bombers.[107]

Peter Neumann, director of the ICSR, explained more of this phenomenon in collecting stories of

defectors.

---

20000-surpasses-afghanistan-conflict-1980s/

[103] *See* United Nations Meetings Coverage and Press Releases, *Action Against Threat of Foreign Terrorist Fighters Must Be Ramped Up, Security Council Urges in High-Level Meeting,* May 29, 2015, available at http://www.un.org/press/en/2015/sc11912.doc.htm.

[104] *See* State Department *Background Briefing on Iraq,* May 20, 2015, available at http://www.state.gov/r/pa/prs/ps/2015/05/242665.htm

[105] *See* Anna Altman, *How Many Foreign Fighters Have Joined ISIS?,* New York Times, Sept. 16, 2014, available at http://op-talk.blogs.nytimes.com/2014/09/16/how-many-foreign-fighters-have-joined-isis/?_r=0

[106] Kimiko De Freytas-Tamura, *ISIS Defectors Reveal Disillusionment,* New York Times, Sept. 20, 2015, available at http://www.nytimes.com/2015/09/21/world/europe/isis-defectors-reveal-disillusionment.html

[107] *Id.*

> The defectors' very existence shatters the image of unity and determination that IS[IL] seeks to convey. Their narratives highlight the group's contradictions and hypocrisies. Their example encourages members to leave the group. And their experience and credibility can help deter others from joining. . . . Our recommendations are for governments and activists to recognize the value and credibility of defector narratives; provide defectors with opportunities to speak out; assist them in resettlement and ensure their safety; and remove legal disincentives that prevent them from going public.[108]

Not every defector is a saint, and not all of them are ready or willing to stand in the public spotlight. But their voices are strong and clear: "The Islamic State is not protecting Muslims. It is killing them." They need to be heard.[109] And it should have been heard by Mr. Natsheh. Had it, he may have never made plans to travel to Syria and offer himself to ISIL.

## 2. Section 3553(a) Analysis

### 2.1 The Nature and Circumstances of the Offense

Mr. Natsheh was charged with and has plead guilty to a violation of 18 U.S.C. § 2339B, attempting to provide material support or resources to a designated foreign terrorist organizations. In this instance, the resource attempted to be provided was himself.

On December 28, 2015, Mr. Natsheh was detained after he attempted to border a flight from San Francisco to Amsterdam, Netherlands, with travel onwards to Istanbul, Turkey. PSR ¶ 9. Federal Bureau of Investigation ("FBI") agents were there to meet Mr. Natsheh at the airport after he had passed through

---

[108] Peter R. Neuman, The International Centre for the Study of Radicalization and Political Violence, *Victims, Perpetrators, Assets: The Narratives of Islamic State Defectors*, 2015, available at http://icsr.info/wp-content/uploads/2015/09/ICSR-Report-Victims-Perpertrators-Assets-The-Narratives-of-Islamic-State-Defectors.pdf

[109] Peter R. Neuman. *Defectors: ISIS is killing Muslims, not protecting them*. CNN. Sept. 22, 2015, available at http://www.cnn.com/2015/09/21/opinions/isis-defectors-neumann-amanpour/

1  airport security and had scanned his boarding pass at the KLM airlines flight gate. *Id.* The FBI agents

2  approached Mr. Natsheh and prevented him from boarding the flight. *Id.*

3        The FBI agents requested to speak with Mr. Natsheh and he acquiesced. Mr. Natsheh initially

4  stated that he was traveling to Istanbul to visit cousins who were studying there. PSR ¶ 9. He provided

5  information about his cousins and his anticipated travel plans. *Id.* The FBI, had information to the

6  contrary provided by the Spanish Guardia Civil from a Spanish national who had converted to Islam and

7  later became radicalized. PSR ¶ 8. She was intending to travel to Turkey months prior and had been

8  communicating with Mr. Natsheh in the United States. *Id.*

9        Confronting Mr. Natsheh with this information, Mr. Natsheh admitted that his intended

10  destination was Syria via Istanbul. PSR ¶ 9. Mr. Natsheh informed that FBI agents that he intended to

11  travel to Adana, Turkey and then attempt to enter Syria. PSR ¶ 10. Mr. Natsheh informed the FBI agents

12  that he purchased a plane ticket to Istanbul for himself and a minor co-traveler who he had been

13  communicating with who also intended to travel to Syria but lacked the ability to purchase a ticket. PSR ¶

14  10.  Ultimately, the minor decided not to travel to Istanbul and informed Mr. Natsheh prior to his trip.

15  PSR ¶ 10. Mr. Natsheh made no effort to recruit, entice, or induce the minor to travel to Syria with him.

16  PSR ¶ 11. Mr. Natsheh informed the minor that he should not attempt to commit any terrorist actions

17  within the United States. *Id.*

18        After permitting the FBI agents to search his phone, Mr. Natsheh provided the agents with a

19  written statement summarizing his intentions. The statement read:

20

21

1
2
3
4
5

> I, Islam Natsheh . . . attended the SFO Airport on December 28th to fly out to Istanbul, Turkey with [the minor co-traveler]. I intended to fly to [T]urkey to find myself a way to get into Syria. I intended to fight with ISIS against Bashar al-Asssad with the mindset that I was going to help free oppression. Recent events and constantly seeing Syrians dying from barrel bombs motivated me to make my decisions. **I did not have no intentions to attack the U.S. from within or out.** I was solely dedicated to helping the people of Syria. I do not pose a threat to the National Security of the United States. But the group I intended to join is known for making threats against America. PSR ¶ 10. (emphasis added).

6
7
8
9

Mr. Natsheh stated he first became interested in traveling to Syria in 2014 via postings on Instagram. PSR ¶ 11. He explained that he received instructions on how he should travel to Syria via other individuals on the internet. *Id*. He then met a woman from Spain via Instagram, and they began corresponding in regard to migrating to ISIL. *Id*.

10
11
12

Mr. Natsheh was arrested without incident at his family home the next day. PSR ¶ 11. No weapons were found in Mr. Natsheh's home, nor was that any indication that he had received weapons training in advance of his travel. *Id*.

13
14
15
16

Immediately prior to his arrest, Mr. Natsheh informed his cousin of his detention by FBI agents and his intended travel to Syria. His cousin strongly discouraged Mr. Natsheh and expressed gratefulness that he FBI had stopped him prior to leaving.

17
18
19
20
21

Defendant's Sent. Memo.
cr 16-0166 RS                                23

Image 1. Screen shot from Mr. Natsheh's cell phone showing a conversation between himself and his cousin.

## 2.2  The History and Characteristics of the Defendant

Every time I met with Mr. Natsheh, I always come away with such a strong impression of how so very young he seems. At 21, he would be an adult in the eyes of many people, but his youthful exuberance, the topics of conversation, and his hopes for the future strike me over and over again just how young and unaware of the true consequences of his actions he was.

Originally born in upstate New York, Mr. Natsheh's parent met in Jerusalem and then immigrated to the United States a number of years later. While Mr. Natsheh's mother was originally born in the United

States, his father was born in Jerusalem. Their families had known each other and prior to his mother's

family relocating to the United States and their families lived close to each other. Mr. Natsheh still has

multiple aunts and uncles who reside in Jerusalem, and he made frequent trips in his youth to visit them.

Growing up. he was surrounded by many people who had strong feelings about the Israli-Palestinean

conflict and were active in their community working for an independent Palestinian state. It influenced

him from an early age to be politically active and aware of ways he could help those around him.

Growing up, Mr. Natsheh's mother and father would frequently have arguments, in many ways

related to the 11 year differences in their ages and the different circumstances that they were raised. These

frequent arguments ultimately led to her physically separating from her husband by moving across the

country when Mr. Natsheh was in the fourth grade. PSR ¶ 44. At the time she left her husband, Mr.

Natsheh's father was in the hospital recovering from an abdominal aneurysm. PSR ¶ 44. Mr. Natsheh had

no idea that his mother would be forcibly taking him from his father and was traumatized by the

abruptness of his father's absence from his life. Because of his father's medical conditions, he was unable

to travel to visit with Mr. Natsheh and he spent the next two years with his mother with little contact with

his father.

When Mr. Natsheh was in sixth grade he returned to South San Francisco to live with his father.

At that time, it had become apparent that his mother was unable to attend to all of Mr. Natsheh's needs

and her family, specifically her brothers who were in and out of custody, were not appropriate role models

for Mr. Natsheh to grow up around. PSR ¶ 44.

After Mr. Natsheh returned to living with his father. He participated in "Junior Giants, and enjoyed playing baseball and basketball." PSR ¶ 45. He was active in his mosque and volunteered within the community. PSR ¶ 45.



Image 2. Mr. Natsheh as a child.

During this time, Mr. Natsheh was a good friend and active in his community. As described by a friend:

> Islam was not just there for me in this aspect, but for everybody in the school, the positive effect he reverberated throughout the halls was evident. I remember being extremely envious of Mr. Natsheh in high school; I cannot account for a single time someone would walk past him without smiling. He was the guy you could always count on, whether you needed last minute help on an assignment you waited too late to start, or an understanding ear to help you through your problems, Islam was selfless in his endeavors to help his peers.

Islam participated on campus in a variety of ways, he was announced "student of the month" many times in high school, displaying his relentless work ethic to complete all assignments and always remain an active class participant. Mr. Natsheh was also a part of the school's speech team, where he blossomed by taking his passion of talking to people and used it to perform and compete against other schools all across the state of California.

Mr. Natsheh was also a devout member of the community. Islam was deeply troubled at the realization that the local mosque was understaffed and too underfunded to hire more teachers, so he took a proactive approach. Islam dedicated virtually all of his free time to volunteer at the mosque; helping the children learn about their religion and the Arabic language. Most admirable to me was that during his months working in the mosque, he never once fretted about gaining volunteer hours, payment, or praise, he just felt morally obligated to help the youth of his community.

Exhibit E.

Despite his pleasant demeanor, Mr. Natsheh faced a more difficult transition into his teenage years. Mr. Natsheh began smoking marijuana when he was eight-years-old when offered by one of his New York cousins. PSR ¶ 51. Once he returned to California, he continued smoking, eventually working his way up to daily use. As he stated in his presentence report, "[h]e commented that when he was first smoking it, it was weekly until his father caught him smoking one day freshman year of high school. He ceased smoking it until the second semester of college, when he took up the habit again. Since 2013 until his arrest, he was smoking marijuana daily." PSR ¶ 51. Aside from using marijuana, Mr. Natsheh also developed a habit of abusing opiate pain pills following being prescribed the medication after surgeries for a torn ACL and tonsil removal. PSR ¶ 51.

Coupled with the typical growing pains that teenagers suffered, his family struggled to try to provide some guidance and boundaries for Mr. Natsheh and he was sent to live with his mother once again

to get a fresh start. PSR ¶ 44. While there, surrounded once again by his cousins who had advanced to more serious offenses involving guns and drugs it was decided that Mr. Natsheh would be better suited living with his father. PSR ¶ 44.

In his letter to the Court, his father describes the difficult time they were all having:

> However, once he graduated from high school he started to change. He became distant from the family, rarely speaking with us. He would stay out late with friends, sometimes not even coming home until morning. This caused tension between us. We argued nonstop about the things he was doing. Like any parent, they want their kids to be responsible and not stray on what's important; in Islam's instance, family and education. We faced extreme challenges during these last two years. I've even resorted to kicking him out, which I thought was best for him at the time, but deep down it hurt me to see Islam go through these rough times. He rebelled against me in ways that would make any other person give up on him. But I never stopped trying to help my son.

Exhibit B.

It was around this time that Mr. Natsheh fell into a depressive state. He described it as "an uncontrollable sadness that he could not get away from." PSR ¶ 50.  A family friend relayed that:

> Islam's father called my husband and I and said that Islam has been locked in his room for one week now without food and water. He refuses to come out and refuses to speak with anyone. He asked us if we could maybe come down and speak with Islam to see what the problem was. I personally called Islam myself and we had a long talk. I can still hear him sobbing over the phone about how depressed and hopeless he was feeling. He didn't want to feel this way and didn't know what to do.

Exhibit C.

Unable to cheer himself up, he relied more and more on marijuana to elevate his moods and began searching for a purpose outside himself. It was during this time that he started to become aware of the

postings that ISIL had on YouTube and other social media and he began reaching out to others. Feeling that he could contribute and make a difference if he were providing assistance to what he perceived to be persecuted Muslims, Mr. Natsheh started to develop focus once again. Unfortunately that focus was drawn from an echo chamber of propaganda designed to entice similarly minded young Muslims from abandoning their western culture and joining ISIL in Syria.

Despite Mr. Natsheh's growing interest in ISIL, he never reached a state of orthodox religious observation. He continued to smoke marijuana, drink and go out with friends, and in general act no differently that any of his friends. Despite his interest, Mr. Natsheh never took the step to acquire any weapons training or combat skills. PSR ¶ 56.

Instead, Mr. Natsheh went to work, to the beach with his friends, and hung out with his sister.



Image 3. Mr. Natsheh, in shirt, at the beach with friends.

Image 4. Mr. Natsheh and his younger sister.

The letters submitted to the Court from his family members reveal a warm and caring person. As his sister writes,

> Islam was a very compassionate person. He absolutely loved helping others in need; always finding ways to learn what those around him wanted and made every effort to help them. Like the time he created T-shirts to sell so he could send the profits to Gaza. He was genuinely concerned about the same issues kids his age are, and unusually devoted to those that meant something extra special to him. . . He is aware of the pain that he has caused, and is just as shocked as the rest of us that he was capable of such horror. He is especially sorry for the pain he has brought upon our father, who tried so hard to help him. He now realizes that his family will always be his number one supporter, not his so-called friends that guided him into the wrong path. I share this because I think it emphasizes the kind of person Islam was and still is. I think it also shows that there really should be no concern for this kind of thing to happen again.

Exhibit A.

Mr. Natsheh is well supported in his community. *See* Exhibit A-G. Disappointed in his actions, he has a large group of people who love and care for him and are more than willing to provide support to him as he transitions from a custodial sentence to a post-conviction life. Mr. Natsheh has established clear goals for what he would like to do and how he would like to spend his time, *see* PSR ¶ 47. He sees this as an opportunity to divert from the path he has been on and start to find a new one.

### 2.2.1   Recruitment/Vulnerability

Mr. Natsheh was began being enticed by ISIL what he was 18-years-old and searching for a greater purpose in his life to alleviate his depression and aimlessness. His adolescence played a strong role in the ease in which he was recruited to associate himself with the ISIL.

Individual reasons for joining terrorism are too varied to categorize and in fact the "outstanding common characteristic of terrorists is their normality."[110] "However, it is generally agreed that becoming radicalized is a multi-step process. Research has shown that ". . . the path to radicalization often involves a search for identity at a moment of crisis."[111] "Instead of categorizing terrorists according to personality, then, it makes more sense to step back and look at the events that might prompt individuals to start down the path to radicalization in the first place. Social identity theory can be highly useful when taking this approach."[112]

---

[110] Richardson, Matthew. Al-Shabaab's American Recruits: A Comparative Analysis of Two Radicalization Pathways. MA. Thesis, University of Texas at El Paso, 2012, at. 9. Available at http://academics.utep.edu/Portals/4302/Student%20research/Theses/Al%20Shabaab%20s%20American%20Recruits%20(Richardson).pdf

[111] Richardson, p. 12. *Citing* Tufyal Choudhury, *The Role of Muslim Identity Politics in Radicalization: A study in Progress* (London: Department for Communities and Local Government, April 2007), 21.

[112] Richardson, p. 10.

Defendant's Sent. Memo.
cr 16-0166 RS                                        31

1   According to social identity theory, individuals begin to investigate radical Islamist ideologies after

2   they experience a "cognitive opening," which opens a young person up to alternative belief systems.[113]

3   "Any number of events can spark a cognitive opening, but usually these events are related to individuals'

4   social identity."[114] Individuals who do not identify with any cultural group are particularly vulnerable to

5   radicalization because they are searching for somewhere to belong."[115] An identity crisis "leaves the

6   individual torn between two identities, neither of which they fit into. This gap leaves the young person

7   vulnerable to jihadist recruiters who offer them an identity that transcends these two competing worlds in

8   favor of an exciting and seemingly meaningful identity of jihadist. "[116]

9   A cognitive opening can also stem from a crisis, including "loss of a job, blocked mobility, a sense

10   of cultural weakness, racism, humiliation, political repression, torture, and political discrimination" plus

11   death in the family or becoming a crime victim.[117] If young people do not see "possibilities for individual

12   mobility and do not feel that they can adequately influence the procedures through which decisions are

13   made, they . . . begin to see terrorism as a justified strategy."[118] And as "long as conditions are perceived to

14

15   _____

[113] Richardson, p. 6.

16   [114] Richardson, p. 10.

17   [115] Richardson, p. 14. *Citing* Mirella L. Stroink, "Processed and Preconditions Underlying Terrorism in Second-Generation Immigrants," *Peace and Conflict: Journal of Peace Psychology 13, no. 3 (2007): 301-302*

18   [116] Mulligan, Scott. *Radicalization Within the Somali-American Diaspora: Countering the Homegrown Terrorist Threat*. Master's Thesis at Naval Postgraduate School. Dec., 2009 at 45, available at http://calhoun.nps.edu/bitstream/handle/10945/4479/09Dec_Mulligan.pdf?sequence=1.

19   [117] Richardson, p. 11.

20   [118] Moghaddam, Fathali. The Staircase to Terrorism: A Psychological Exploration. *American Psychologist*. (February-March, 2005), at 162, available at http://fathalimoghaddam.com/wp-content/uploads/2013/10/1256627851.pdf.

21

Defendant's Sent. Memo.
cr 16-0166 RS                                         32

be unjust and hopeless" they can be influenced to participate in terrorism.[119] In this case, Mr. Natshehh's

depression provided that opening. When young people fail to find support from either their own ethnic

or the mainstream culture, it is suggested that "peers may exercise such a dangerously large influence that

they may even turn to" treacherous groups as substitute families.[120] Through outreach efforts, recruiters

socialize with young activists in an attempt to 'break down calcified preconceptions about the role of Islam

so that individuals become amenable to discussing the possibility of new interpretations.'"[121] Peers who are

"further along the path to violence or who are willing to explore it with them, can help them cross the line

from venting their anger to becoming terrorists."[122] "Ethno-nationalist terrorist organizations target

diaspora communities, knowing that individuals in these communities are struggling to find their identity.

These organizations present vulnerable individuals with an alternative identity, one that will make them

feel important and give them a purpose in life."[123]

     The young man facing sentencing in this case struggled with identity issues created by cultural

conflict and a desire to be a good Muslim who failed to excel in either of his cultures. Disappointing his

father with his consumption of marijuana and aimlessness, Mr. Natsheh sought discipline and a purpose

to give him a goal. As a young man seeking guidance, boundaries, and a sense of purpose and belonging

---

[119] Moghaddam, p. 167.

[120] Kapteijns, Lidwien and Arman, Abukar (2008) Educating Immigrant Youth in the United States: An Exploration of the Somali Case. *Bildhaan: An International Journal of Somali Studies:* Vol. 4, Article 6. (2008) at 24, available at http://digitalcommons.macalester.edu/cgi/viewcontent.cgi?article=1030&context=bildhaan.

[121] Richardson, pp. 11-12.

[122] Richardson, p. 16 *(citing* Sageman, Marc. *Leaderless Jihad: Terror Networks in the Twenty-First Century.* Philadelphia, PA: University of Pennsylvania Press, 2008 (pp. 84-88)

[123] Richardson, p. 76.

1   to a movement bigger than himself—Mr. Natsheh mistakenly believed that he had found that life with

2   ISIL. Not seeking to harm others, his attempt at joining was based off of a sense of trying to do something

3   purposeful—not destructive—with his life.

### 2.2.2   Vulnerability Of Adolescents

5   Over 71 Americans have faced charges crimes related to supporting ISIL.[124] The average age of

6   an American Islamic State recruit is 26.[125]  Over a third are under the age of 21.[126] These recruits cite a

7   variety of motivations for their activities.[127] But in reaching out to them, ISIL strives to appeal to a young

8   western audience. As stated above, ISIL is notorious for its sophisticated understanding of propaganda.

9   ISIL's propaganda machine includes an entire production company (al Hayat "Life") dedicated to western

10  audiences. The group publishes an English language magazine exploring topics such as the religious duty

11  to travel to Iraq and Syria.[128]

12  ISIL recruitment is not limited to social media but in many cases includes face-to-face

13  interaction.[129] These techniques were all done to pry on the malleability on an adolescent mind. The

---

[124] *ISIS In America: From Retweets to Raqqa,* ISIS In America Reports (George Washington University/Program on Extremism, Washington D.C.), Dec. 2015 at 5 ("GWU report*") available at https://cchs.gwu.edu/sites/cchs.gwu.edu/files/downloads/ISIS%20in%20America%20-%20Full%20Report.pdf

[125] *GWU report,* at 5.

[126] *Id.*at 7.

[127] *Id.* at 11.

[128] *The Islamic State's (ISIS, ISIL) Magazine,* The Clarion Project, Sept. 2014, available at http://www.clarionproject.org/news/islamic-state-isis-isil-propaganda-magazine-dabiq

[129] *Id.*

Defendant's Sent. Memo.
cr 16-0166 RS                                    34

1   radicalization process is something that happens more frequently with youth and young adults, which

2   means that a de-radicalization process is likely to be more successful at this age as well.

3       Adolescent brains are undeveloped and therefore more open to change. Adolescents have reduced

4   culpability because they are naturally predisposed to impulsive decision making, negative peer influence,

5   and have a greater capacity to change their behavior later in life. These are all traits ISIL targets when

6   recruiting. The Court should consider these factors when sentencing Mr. Natsheh, barely out of his

7   adolescence, for ISIS related offenses. At the time he began getting entranced by ISIL, he was only 19-

8   years-old.

9       ### 2.2.3   Culpability of an Adolescent

10      The Supreme Court has distinguished an adolescents' culpability from that of an adult. *Miller v.*

11  *Alabama,* 132 S. Ct. 2455, 2464 (2012); *Graham v. Florida,* 560 U.S. 48, 76 (2010); *Roper v. Simmons,* 543

12  U.S. 551, 569 (2005). None of the factors distinguishing adolescent culpability are crime specific. *Miller,*

13  132 S. Ct. at 2465. The same concerns noted by the Court over juvenile death and life-without-parole

14  sentences, are also present, to the same degree over other lengthy sentences.[130] Mr. Natsheh turned 21

15  while he was in custody, however, he was young when he was recruited, and as such, the following analysis

16  is important when understanding his motivations.

17  ──────────────

18  [130] *See e.g.* David 0. Brink, *Immaturity, Normative Competence, and Juvenile Transfer: How (Not) to Punish Minors for Major Crimes,* 82 Tex. L. Rev. 1555 (2004), available at
    http://davidobrink.com/sites/default/files/publications/ImmaturityNormativeCompetenceJuvenileTransfer.pdf;

19  Barry C. Feld et. al., *Adolescent Competence and Culpability: Implications of Neuroscience for Juvenile Justice Administration,* in Stephen Morse & Adina Roskies, eds., *A Primer on Criminal Law and Neuroscience* (New York:

20  Oxford University Press, 2013), at 183 ("Feld, *Adolescent Culpability")* available at
    http://www.oxfordscholarship.com/view/10.1093/acprof:oso/9780199859177.001.0001/acprof-9780199859177-

21  chapter-7

Defendant's Sent. Memo.
cr 16-0166 RS                    35

The Supreme Court recognizes three factors reducing adolescents' culpability, (1) a lack of maturity and underdeveloped sense of responsibility often resulting in impetuous decision-making; (2) adolescents are more susceptible to negative influence through peer pressure; and, (3) adolescents' character is more transitory than that of an adult. *Roper,* 543 U.S. at 569-70. These factors are supported by both neuroscience and developmental psychology.[131] Developmental psychologists agree with the Court that differences between adult and adolescent decision-making should translate into differences in sentencing.[132]

### 2.2.4   Impulsive Decision Making

The Supreme Court notes that "children have a 'lack of maturity and an underdeveloped sense of responsibility, leading to recklessness, impulsivity, and heedless risk-taking." *Miller,* 132 S. Ct. at 2465 (quoting *Roper,* 543 U.S. at 569). A plethora of developmental psychology studies have noted adolescents' deficiency in rational decision making.[133] These studies confirm adolescents have a strong tendency to over-value rewards and under-value risk when making decisions.[134] Differences in adolescent decision-making and risk assessment are partially attributable to discrepancies in the brain itself.[135]

---

[131] *See e.g.* Feld, *Adolescent Culpability;* Elizabeth S. Scott & Laurence Steinberg, *Blaming Youth,* 81 Tex. L. Rev. 799, 811-19 (2003) ("Scott & Steinberg, *Blaming Youth").*

[132] Scott & Steinberg, *Blaming Youth* at 839--40.

[133] Elizabeth Cauffman & Laurence Steinberg, *(Im)maturity of Judgment in Adolescents: Why Adolescents May Be Less Culpable Than Adults,* 18 Behav. Sci. & the L. 741, 744 (2000); Beatriz Luna & Charles Geier, *The Maturation of Incentive Processing and Cognitive Control* 93 Pharmacology, Biochemistry & Behavior 212, 218 (2009); Bernard Finger et. al., *Affective and Deliberative Processes in Risky Choice: Age Differences in Risk Taking in the Columbia Card Task,* 35 J. of Experimental Psycho: Learning, Memory and Cognition 709, 728.

[134] Feld, *Adolescent Culpability* at 192.

[135] Feld, *Adolescent Culpability* at 188-194; Laurence Steinberg, *A Behavioral Scientist Looks at the Science of Adolescent Brain Development,* 72 Brain & Cognition 160, 160 (2010).

Data generated from MRI scans has tracked the growth and eventual pruning of gray matter (cell dense material associated with cognition) in the human brain, as well as the amount of white matter (nerve dense material connecting brain regions).[136] Changes in the ratio of gray and white matter begins at puberty and is used by scientists as a measure for neural maturity.[137] This maturation process is not uniform across the brain, it begins in the parietal region, and ends at the frontal region during early adulthood.[138] Since the prefrontal cortex is the region of the brain most associated with reasoning and decision-making, its late development explains some of the delay between adult cognitive ability and mature decision-making.[139]

The development of the MRI scan allows scientists to map neural activity across the brain's regions and reveal functional differences between adults and adolescents when making decisions. In both adolescents and adults, the ventral striatum is strongly associated with considering reward, while the prefrontal cortex has a strong association with the cognitive control associated with decision optimization.[140] Neuroimaging has revealed that when faced with a risky decision, adolescent's ventral

---

[136] Miya R. Asato et. al., *White Matter Development in Adolescence: A DTI Study,* 20 Cerebral Cortex 2122, 2122 (2010); Elizabeth Sowell et. al., *Mapping Changes in the Human Cortex Throughout the Span of Life,* 10 The Neuroscientist 372, 374-75 (2004).

[137] *Id.*

[138] Peter R. Hurtenlocher & Arun S. Dabholkar, *Regional Differences in Synaptogenesis in Human Cerebral Cortex,* 387 J. of Comp. Neurology 167, 177-78.

[139] Feld, *Adolescent Culpability* at 189-90; Laurence Steinburg, *Risk Taking in Adolescence: New Perspectives from Brain and Behavioral Science,* 16 Current Directions in Psychol. Sci. 55, 57-58 (2007).

[140] Feld, *Adolescent Culpability* at 191. Sarah Durston et. al., *A Shift From Diffuse to Focal Cortical Activity With Development,* 9 Devel. Sci. 1, 5 (2006); Vinod Venkatraman et. al., *Separate Neural Mechanisms Underlie Choices and Strategic Preferences in Risky Decision Making,* 62 Neuron 593, 597-599 (2009).

striatum shows greater activity than an adult's.[141] Conversely, adolescents show a more diffused response in the prefrontal cortex than adults.[142] Showing that at a neurobiological level adolescents present a greater response to reward, and a lessened capacity for decision optimization.[143] The decision to travel to Syria is by any measure fraught with risk. Many western recruits are killed or captured. ISIL does not try to hide this, instead they emphasize that the journey offers western recruits the opportunity to martyr themselves.[144]

Young people, especially young westerners, choose to affiliate with ISIL for varied and intensely personal reasons.[145] An adolescent mind is more prone to see the serious risks involved in this affiliation as outweighed by the perception of personal fulfillment the group offers. An ongoing University of Chicago Study has recognized this and is conducting MRI scans on ISIS recruits to understand what part of ISIL's message entices them.[146] Contributing to a motivation to express their own identity, a third of

---

[141] Feld, *Adolescent Culpability* at 191-192; Venkatraman et. al., *supra,* at 599.

[142] Durston et. a1. at 5.

[143] Feld, *Adolescent Culpability* at 191-192; Venkatraman et. al., *supra;* Durston et. al., *supra,* at 5.

[144] Peter Van Buren, *Islamic State's rules of Attraction and why US. Countermeasures are Doomed,* Reuters, Oct. 25, 2014, available at http://blogs.reuters.com/great-debate/2014/10/21/islamic-states-rules-of-attraction-and-why-u-s-countermoves-are-doomed/.

[145] *Understanding Jihadists, In Their Own Words,* The White Papers (Quantum Communications, Harrisburg PA) Apr. 2015, at 8 (hereinafter *Understanding Jihadists).*

[146] Robert L. Basick, *U Chicago Study Explores How ISIS Lights up the Brains of Recruits,* U. Chicago, Social Sciences Division, available at https://socialsciences.uchicago.edu/story/uchicago-study-explores-how-isis-lights-brains-recruits.

ISIL recruits in the United States still lived with their parents prior to their activities.[147] In the eyes of these recruits, joining ISIL offers an opportunity to forge their own identity.[148]

Here, Mr. Natsheh's impetuousness was apparent with his lack of advanced planning and well thought out execution of a plan to travel to Turkey and then on to Syria. Travelling with a lack of funds, training, or equipment he was ill-equipped for the true realities of what life would be like with ISIL.

### 2.2.5   Increased Risk of Negative Peer Influence

The Supreme Court has noted "that juveniles are more vulnerable or susceptible to negative influences and outside pressures, including peer pressure." *Roper,* 543 U.S. at 569 (citing *Eddings v. Oklahoma,* 455 U.S. 104, 116 (1982)). What the Supreme Court saw as a common-sense notion, is robustly supported by developmental psychology.[149] Adolescents are much more likely than adults, to commit crimes in groups.[150] Studies confirm that the mere presence of peers causes adolescents to engage in riskier behavior.[151] Older peers play an especially insidious role in leading adolescents to criminal activity.[152]

---

[147] *Case by Case* at 22.

[148] *See e.g. Understanding Jihadists; Case by Case* at 22; *see* Arie W. Kruglanksi et. al., *The Psychology of Radicalization: How Significance Quest Impact Violent Extremism,* 3 5 Advances in Poli. Psychol. 69, 73 (2014).

[149] Laurence Steinburg & Kathryn C. Monahan, *Age Differences in Resistance to Peer Influence,* 43 Devel. Psychol. 1531, 1541 (2007); Nat'l Research Council, Comm. On Assessing Juv. Just. Reform, *Reforming Juvenile Justice: A Developmental Approach* 94(Richard J. Bonnie et. al., eds. 2013) at (hereinafter, *A Developmental Approach).*

[150] *A Developmental Approach* at 94.

[151] Margo Gardner & Laurence Steinberg, *Peer Influence on Risk Taking, Risk Preference, and Risky Decision Making in Adolescence and Adulthood: An Experimental Study,* 41 Developmental Psychol. 626, 626-630 (2005).

[152] David J. Harding, *Violence, Older Peers, and the Socialization of Adolescent Boys in Disadvantaged Neighborhoods,* 74 Am. Sociol. Rev. 445, 458 (2009); Jonathan Goldner et. al., *Exposure to Community Violence and Protective and Risky Contexts Among Low Income Urban African American Adolescents: A Prospective Study,* 40 J. Youth and Adolescence 174, 178 (2011).

Defendant's Sent. Memo.
cr 16-0166 RS                                        39

1    As with risk taking, adolescent vulnerability to peer influence has also been confirmed by neuro-

2    science.[153] In both adults and adolescents, the amygdala is involved in deciphering the emotional

3    significance of social cues, while the ventromedial prefrontal cortex is involved in social processing.[154]

4    Neural imaging studies have shown that, in comparison to adults, adolescents have a higher amygdala

5    recruitment and under-recruitment of the ventromedial prefrontal cortex.[155] In other words, the

6    adolescent brain overreacts to social stimuli while it has a reduced mechanism for processing these same

7    stimuli.

8    ISIL has contrived a recruitment strategy aimed at exploiting this particular attribute of

9    adolescents.[156] ISIL uses online propaganda to identify those believed susceptible to recruitment. ISIS then

10    tries to lure these westerners to Iraq and Syria, primarily through establishing personal connections online

11    and in person.[157] The U.S. Military has relied on similar tactics to lure new recruits.[158] And educators, and

12    _____

13    [153] Feld, *Adolescent Culpability* at 193; Amanda E. Guyer et. al. *Amygdala and Ventrolateral Prefrontal Cortex Function During Anticipated Peer Evaluation in Pediatric Social Anxiety,* 65 Arch. Gen. Psychiatry 1303. 1307 (2008).

14    [154] *Id.*

15    [155] Feld, *Adolescent Culpability* at 193; Todd A. Hare et. al., *Biological Substrates of Emotional Reactivity and Regulation in Adolescence During an Emotional Go-Noga Task,* 63 Biological Psychiatry 927, 932 (2008); Guyer et. al., *supra.*

16    [156] Galloway, *supra,* at 5.

17    [157] *Foreign Fighters, An Updated Assessment of the Flow of Foreign Fighters into Iraq and Syria,* Intel. Brief. (The Soufan Group, Washington D.C.), Dec. 2015, at 10; *See ISIS In America; From Retweets to Raqqa,* ISIS In

18    America Reports (George Washington University/Program on Extremism, Washington D.C.), Dec. 2015 at 5 (hereinafter, *GWU report).*

19    [158] Paul Crompton, *Grand Theft Auto: ISIS? Militants reveal video game*, Al Arabiya English, Sept. 2014 (accessed at http://english.alarabiya.net/en/variety/2014/09/20/Grand-Theft-Auto-ISIS-Militants-reveal-video-

20    game.html); Hama Shazban, *Playing War: How the Military Uses Video Games*, The Atlantic, Oct. 10, 2013, accessed at http://www.theatlantic.com/technology/archive/2013/10/playing-war-how-the-military-uses-video-

21    games/280486/.

1   public health officials, have criticized similar tactics used by the United States military in schools, as being

2   unfairly effective.[159]

3        Here, Mr. Natsheh was feeling pressure from the network of individuals he had found on the

4   internet in addition to the attention he was receiving from the young woman that he had met in Spain.

5        **2.2.6   Identity**

6        The Supreme Court recognizes that the most important distinction between adolescents and

7   adults, is the ability to grow; "[t]he relevance of youth as a mitigating factor derives from the fact that the

8   signature qualities of youth are transient; as individuals mature, the impetuousness and recklessness that

9   may dominate in younger years can subside." *Roper,* 543 U.S. 551, 570 (2005) (quoting *Johnson v. Texas,*

10  509 U.S. 350, 368 (1993)). Developing one's own separate identity through experimentation and novelty-

11  seeking behavior is a key feature of adolescence.[160] Research shows that the vast majority of adolescent

12  offenders will not reoffend in adulthood.[161]This trend holds true with serious and violent adolescent

13  offenses.[162] This demonstrates that adolescents are both receptive to intervention and may simply grow

14  out of their criminal careers.

15

---

16      [159] John Merrow, *US. Army Recruiters "Counseling" High Schoolers to Death,* 70 Education Digest 4 (2005);
    *Cessation of Military Recruiting in Public Elementary and Secondary Schools,* Pol'y Statement. 20123. (American

17  Public Health Association, Washington D.C.), Oct. 30 2012, (hereinafter *APHA Policy Statement).*

        [160] *A Developmental Approach* at 90.

18

        [161] *A Developmental Approach* at 90; *See e.g.* Terry E. Moffit, *Adolescence-Limited and Life-Course-*

19  *Persistent Antisocial Behavior,* 100 Psych. Rev. 674 (1993); Howard N. Snyder, *Appendix Serious, Violent and
    Chronic-An Assessment of the Extent of and Trends in Officially Recognized Serious Criminal Behavior in a
    Delinquent Population,* in Rolf Loeber & David F. Farrington eds. *Serious & Violent Juvenile Offenders,* (SAGE

20  Publications, Thousand Oaks CA, 1998) at 442-43 ("Snyder, *Appendix").*

        [162] Snyder, *Appendix,* at 442.

21

Defendant's Sent. Memo.
cr 16-0166 RS                                    41

ISIL offers a pre-packaged identity to young recruits. This pull can be especially strong for second-generation adolescents who feel marginalized in the west. Many second-generation Muslim immigrants are already looking for ways to express Islam free from ethnic ties, which expresses solidarity with Muslims in the west from varied ethnic backgrounds.[163] Consistent with data on adolescent criminal behavior, young jihadi recruits are amenable to de-radicalization programs and religious intervention.[164] This shows that adolescent affiliation with extreme groups is more a passing symptom of youth than a strong conviction of adulthood.

The Supreme Court, developmental psychologists, and increasingly neuroscientists, recognize (1) impulsivity in decision-making, (2) vulnerability to peer pressure, and (3) transience of identity, distinguish adolescents in terms of sentencing. These traits are taken full advantage of in adolescent recruits by ISIL and were all exploited in Mr. Natsheh's case.

**2.3 The Need for the Sentence Imposed.**

### 2.3.1   To Reflect the Seriousness of the Offense, to Promote Respect for the Law, and to Provide Just Punishment for the Offense; To Afford Adequate Deterrence;

Mr. Natsheh's limited conduct constitutes strong reason for this Court to impose a sentence below the guideline range found by the Probation Department, particularly when one considers sentences imposed in other terrorism-related cases.

---

[163] David Voas & Fenella Fleischmann, *Islam Moves West: Religious Change in the First and Second Generations,* 38 Annu. Socio. Rev. 525, 534 (2012).

[164] John Horgan, *What makes a Terrorist Stop Being a Terrorist?,* J. for De-radicalization 1, 2 (2014); Mubin Shaikh, *Countering Violent Extremism Online: An Anecdotal Case Study Related to Engaging ISIS Members and Sympathizers on Twitter,* 98 Soundings 478, 485-86 (2015).

In his case, there are a number a factors that were apparent in other cases that distinguish his from others and provide just grounds for a variance from the guidelines. In Mr. Natsheh's case, unlike these below, he had no weapons, no training, sent no funds to ISIL, and had no allegations of violence. He had yet to make a trip to meet those that had recruited him and he made no effort to recruit or entice others to travel with him.

In 2003 *John Walker Lindh* was sentenced to 20-years in prison after pleading guilty in the Eastern District of Virginia, 02cr00037-ALL, to providing material support to terrorists and carrying an explosive during the commission of a felony. The allegations included claims that he had attended an al-Qaeda training camp, agreed to conduct operations against the United States and Israel, and participated in a violent prison uprising which resulted in the death of a CIA agent.

In 2012, *Rezwan Ferdaus* was sentenced to 204 months of imprisonment after pleading guilty in the District of Massachusetts, 11cr10331-RGS to attempting to provide material support to terrorists and attempting to damage and destroy a federal building by means of an explosive. The charges included allegations that he constructed and delivered to undercover agents mobile phone detonation devices to use with explosive devices that were intended to kill military personnel. He also made a training video on how to construct the devices and took substantial steps towards bombing the Pentagon and United States Capital Building.

In 2012, *Douglas Wright* was sentenced to 11 ½ years after pleading guilty in the Northern District of Alabama, 12cr00238-PAG, to conspiracy to use weapons of mass destruction. The charges were based on the theory that the defendant had agreed and attempted to detonate a bomb on a bridge in a national

park. Mr. Wright and his co-defendants reportedly planted the explosives and sought to detonate them remotely.

In 2013, *Abdifatah Isse,* and S*alah Ahmed,* 09cr50-MJD-FLN, were both sentenced to 36 months of imprisonment on May 29, 2013 for Providing Material Support to Designated Foreign Terrorist Organization in violation of 18 U.S.C. §2339A(a). Their behavior involved actual travel—the two went to Somalia, joined al Shabaab, participated in a training camp for two and a half months, and then returned to the United States.

In 2015 in the Western District of Texas, *Michael Todd Wolfe,* 14-CR-213 was sentenced to 82 months of imprisonment on June 9, 2015, for Providing Material Support to Designated Foreign Terrorist Organization in violation of 18 U.S.C. §2339A(a). Mr. Wolfe attempted to travel to Syria and was stopped at the airport by the FBI. The government recommended 84 months in prison based on a 5K, on Mr. Wolfe's "very thoughtful letters," and because the prosecutor thought "highly" of him.

In 2016 in the Central District of Colorado, *Adam Dandach,* 14-CR-109*,* was sentenced to 180 months' imprisonment on July 26, 2016, for Providing Material Support to Designated Foreign Terrorist Organization in violation of 18 U.S.C. §2339A(a). Mr. Dandach was also sentenced concurrently to 120 months imprisonment for providing a False Statement in Application and Use of Passport, in violation of 18 U.S.C. §1542. Shortly before he began planning to travel to Syria to fight for ISIL, he weighed over 500 pounds and had gastric bypass surgery to

bring his weight down to about 250 pounds to ensure he would be ready for combat. His frequent, disturbingly violent, posts, letters, and comments were attributed to PTSD from his childhood, but he did not present with any mental illness. He tried twice to leave for Syria. The first time his family took his passport, so he used false information to apply for a new one. When he received it, he went to the airport to fly to Turkey, but was stopped by the FBI. He contacted family members from jail to get them to delete incrimination information off his computer—which they did. At the time of sentencing, he continued to blatantly support the violent ISIL ideology.

In 2016 in the Northern District of Mississippi, *Muhammad Oda Dakhalla,* 15-CR-98, was sentenced to 96 months of imprisonment on August 30, 2016, for Providing Material Support to Designated Foreign Terrorist Organization in violation of 18 U.S.C. §2339A(a). Mr. Dakhalla began his conduct by teaching his girlfriend about Islam, but she ultimately pushed the radical extremist ideology by posting information about ISIL on social media. He and his girlfriend were arrested at the airport in Columbus, Mississippi, as they attempted to leave for Istanbul, Turkey.

In 2015, *Ali Shuki Amin,* 15-CR-164, in the Eastern District of Virginia was sentenced to 136 months of imprisonment on August 18, 2015, for Conspiracy to Provide Material Support to Designated Foreign Terrorist Organization in violation of 18 U.S.C. §2339B. Mr. Amin was active on social media with his pro-ISIL messages and assisted in the travel of his co-conspirator.

In 2016, *Avis Brown,* 14-CR-58, in the Eastern District of North Carolina was sentenced to 92 months of imprisonment on July 5, 2016, for Conspiracy to Provide Material Support to

Designated Foreign Terrorist Organization in violation of 18 U.S.C. §2339A. There are no additional details, as the documents were sealed.

In 2016, *Akba Jihad Jordan,* 14-CR-58, in the Eastern District of North Carolina was sentenced to 108 months of imprisonment on July 5, 2016, for Conspiracy to Provide Material Support to Designated Foreign Terrorist Organization in violation of 18 U.S.C. §2339A. Mr. Jordon was a physical fitness trainer and a tactics instructor to his co-defendant. He was arrested with an AK-47 and a Mini-14 assault rifle.

In 2016, *Joseph Farrokh,* 16-CR-20, in the Eastern District of Virginia was sentenced to 102 months of imprisonment on July 5, 2016, for Conspiracy to Provide Material Support to Designated Foreign Terrorist Organization in violation of 18 U.S.C. §2339B. Mr. Farrokh used many tactics to cover his steps before attempting to leave the United States to join ISIL. He received his sentence after he cooperated with the government. The other facts and documents are related to the case are sealed.

Daniel Boyd was sentenced to 18 years of imprisonment upon pleading guilty in the Eastern District of North Carolina, 09cr00216-FL, to conspiring to provide material support to terrorists and plotting to murder United States military personnel at Quantico, Virginia.

Lastly, and in a case close to the present situation, *Shannon Maureen Conley, 14-CR-163 (District of Colorado)* was sentenced to 48-months of imprisonment on July 5, 2016, for Conspiracy to Provide Material Support to Designated Foreign Terrorist Organization in violation of 18 U.S.C. §2339B and 371.

1    The FBI interviewed Ms. Conley where she stated she supported Jihad. She was placed under surveillance.

2    She was told to obtain training before going the Syria and she joined the U.S. Army Explorers to obtain

3    training in firearms and U.S. Military tactics. She was arrested as she attempted to travel to Turkey.

4          The aforementioned list is meant as a mere sampling of representative cases, and certainly not

5    meant to be exhaustive. Although some of these cases involved guilty pleas, and some involved slightly

6    different combinations of charges than involved here, they nevertheless demonstrate that defendants

7    accused of conspiring to commit terrorist acts with or without explosive devices, often receive sentences

8    far less than 360 months to life.[165] If anything, it appears that maximum sentences are the exception, rather

9    than the rule. Furthermore, it would appear that both the recommendations of Probation and the

10   Government would create "unwarranted sentencing disparities among defendants with similar records

11   who have been found guilty of similar crimes" when the non-violent circumstances of Mr. Natsheh's case

12   are taken under consideration as his facts would make him less violent than many of the other cases listed.

13         Both sentences recommended by the Government and Probation should be considered only with

14   the facts surrounding the case urge it, such as when a defendant uses violence or plans actual violent acts.

15   No death or harm resulted from Mr. Natsheh's purchase of a plane ticket. He was halted before he even

16   left the United States. He did so without any training or plans to bring any weapons with him to Syria.

17   Here, the most benign circumstances calls for the most benign sentence applicable to the facts of the case.

18

19   ────────────────

20   [165] U.S. Attorney Office, *New York Man Sentenced to a 15 Year Term in Federal Prison Following His Convictions for Money Laundering, Conspiracy, and Attempting to Provide Material Support and Resource to a Terrorist Organization*, U.S. DoJ Press Release, available a

21   http://www.investigativeproject.org/documents/case_docs/1495.pdf.

Defendant's Sent. Memo.
cr 16-0166 RS                                        47

### 2.3.2  To Provide the Defendant with Needed Educational or Vocational Training, Medical Care, or Other Correctional Treatment in the Most Effective Manner.

Mr. Natsheh has readily expressed interest in continuing his education while in custody. PSR ¶ 49. He has expressed interest in continuing to receive mental health and drug counseling while in custody and after released. PSR ¶¶ 50-51.

In Minnesota, where a number of material support cases have arisen in the Somali population there, the Courts and Government have retained the services of Daniel Koehler, the founder of the German Institute for Radicalization and Deradicalization Studies.[166] Mr. Koehler was similarly bought into other districts to work with individuals there where there was concerns about their ability to deradicalize.[167] He has now trained various Probation, Pretrial, and other government employees to assess and counsel those that need deradicalization.

No such assessment or intervention was sought for Mr. Natsheh. It's simply not needed. While he remains motivated to help people in Syria, he has never been, nor is now planning, to do so through violent means. Additional time in custody would not provide him with any necessary services to deradicalize him.

### 2.4 The Kinds of Sentences Available

This Court has the authority to sentence Mr. Natsheh up to 20 years of imprisonment, lifetime years supervised release, a $250,000 fine, and a $100 special assessment.

---

[166] Brendan I. Koerner, *A US Judge May Sentence Wannabe Terrorists To 'Deradicalization'*, Wired, Nov. 13, 2016, available at https://www.wired.com/2016/11/u-s-judge-may-sentence-wannabe-terrorists-deradicalization/.

[167] Sarah Gilkes, The Birth of Terrorist Deradicalization Programming in the U.S.? Georgetown Securities Studies Review, Oct. 3, 2016, available at http://georgetownsecuritystudiesreview.org/2016/10/03/the-birth-of-terrorist-deradicalization-programming-in-the-u-s/.

**2.5  The Sentencing Range Established for the Applicable Category of Offense Committed by the Applicable Category of Defendant as Set Forth in the Guidelines**

The guideline calculations are set forth in the Pre-Sentence Report.  PSR ⸗ 16-25.

Base Offense Level, U.S.S.G. § 2M5.3(a) ........................................................ 26
Material Support, U.S.S.G. § 2M5.3(b)(1).....................................................+2
Involved in Terrorism, U.S.S.G. § 3A1.4(a) ..................................................+12
Acceptance of Responsibility, U.S.S.G. § 3E1.1(b)..........................................-3
Total Offense Level  ................................. 37
Criminal History Category ....................VI

At criminal history category VI and total offense level 37 Mr. Natheh's adjusted guideline range is 360-life. The Probation Officer recommends a sentence of 240 months, 10 years supervised release and a special assessment of $100. PSR Sentencing Recommendation at 1.

Mr. Natsheh has never has a criminal conviction before in his life, *see* PSR ⸗ 28-31, thus while USSG §3A1.4(b), mandates that his criminal history category be VI, Mr. Natsheh is more accurately represented at criminal history category I, with zero criminal history points. At that guideline range, Mr. Natsheh's sentencing recommendation would be 210-262 months. While appreciably lower than the 360-life range, neither ranges accurately reflect the significant restriction on freedom that any period of a custodial sentence would have on Mr. Natsheh's. Furthermore, neither of the guideline ranges also take in sufficient account the minimal nature of Mr. Natsheh's actions.

Indeed, it is worth noting that the guideline range is so high only because of the application of the "terrorism enhancement" (U.S.S.G. §3A1.4(b)) which both dramatically increases the offense level and criminal history category. Mr. Natsheh would object to application of this enhancement, as this guideline essentially double counts the conduct taken into account in U.S.S.G. § 2M5.3(a). But in the event that this Court disagrees, this Court may and should deviate from the guideline, either by granting a substantial

1    departure or simply imposing a sentence below the guidelines. *See generally,* U.S.S.G. § 4A1.3(b)(1);

2    *United States v Benkahala,* 501 F.Supp.2d 748, 759 (E.D.VA. 2007), *affirmed,* 530 F.3d 300 (4th Cir. 2008);

3    *Czernicki v United States,* 270 F.Supp.2d 391, 393 (S.D.N.Y. 2003).

4    **2.6  Restitution**

5    The Court should not order restitution in this case as the facts of the case do not support it.

6

7    **3.  Objections to Special Conditions of Supervised Release**

8    Mr. Natsheh objects to suggested special condition number six as it has no ties to the charged

9    offense nor provides any rehabilitative purpose.:

10   The defendant shall provide the probation officer with access to any
     financial information, including tax returns, and shall authorize the

11   probation officer to conduct credit checks and obtain copies of income tax
     returns.

12   Mr. Natsheh objects to the following emphasized language in special condition number nine as

13   there is, to his knowledge, any means of determining if any of the listed organizations have any colors or

14   clothing associated with them.

15   The defendant shall not associate with any member of the Islamic State of
     Iraq and al- Sham (ISIS), the Islamic State of Iraq and Syria, ad-Dawla al-

16   Islamiyya fi al-'Iraq wa-sh- Sham, Daesh, Dawla al Islamiya, and Al-
     Furqan Establishment for Media Production. The defendant shall have no

17   connection whatsoever with these terrorist groups or any other terrorist
     group/gang. **If he is found to be in the company of such individuals or**

18   **wearing the clothing, colors, or insignia of the-above noted terrorist**
     **groups, the court will presume that the association was for the purpose**

19   **of participating in gang activities.**

20

21

**4. Conclusion and Request for Judicial Recommendation**

For the foregoing reasons, Mr. Natsheh respectfully asks the Court to sentence him to 48-months' imprisonment, followed by 5-years supervised release. When the Court imposes sentence, Mr. Natsheh hopes the Court will recommend that he be imprisoned at a facility near his family in California.

Mr. Natsheh offers the following as a summary of reasons why the sentence should be imposed:

> 1. Mr. Natsheh was eighteen years old when he was recruited and, based on scientific data and accepted Court precedent, his brain was not fully developed at the time and highly susceptible to the well-produced and overwhelming propaganda produced by ISIL.

> 2. Mr. Natsheh has strong family support to encourage him after his release as is evidenced in the PSR, letters to the Court, and by his family's willingness to speak to out about his illegal actions.

> 3. Mr. Natsheh is such a low risk that despite the availability of the resource, neither Probation nor the Government has selected him for any evaluation or counseling for radicalization.

> 4. Mr. Natsheh was open and cooperative with agents immediately after arrest and continuing after he was in custody.

> 5. Mr. Natsheh displayed an impetuous plan to join ISIL and did not take any steps to engage in violent acts, acquire skills to engage in violent acts, nor bring weapons to ISIL

> 6. Mr. Natsheh's actions were undertaken following an extended period of untreated depression where he was searching for a purpose and sense of belonging greater than himself.

Respectfully submitted,
STEVEN G. KALAR
Federal Public Defender

Dated:  December 6, 2016          */s/ Candis Mitchell*
CANDIS MITCHELL
Attorney for Defendant