exhibit A

Honorable Judge Seeborg
United States District Judge
℅ Candis Mitchell
Office of the Federal Public Defender
Room 19-6884, Box 36106
San Francisco, CA 94012

Dear Judge Seeborg,

My name is A█████ Natsheh and I am writing on behalf of my brother, Islam Natsheh. I am a 17-year-old senior at Westmoor high school and I plan on attending Skyline College next fall to begin studying to become a Radiologic Technologist.

I am still shaken about the whole situation, but what keeps me believing in my brother and loving him is the fact that he is a good person.  I feel weird writing that, because it seems so contradictory, looking at what actually took place. However, these past few months I have gotten to see a side of my brother that i've never seen before. I wish more than anything that you, the man who decides his fate, could know him like I do.

Growing up with him was very average. I was the typical little sister, always wanting to tag along with my brother and hang out with him. He was the typical big brother, watching over me making sure I was always okay. Like all siblings, we argued and yelled at each other over the smallest things, but we had such a fun and comfortable relationship that we were able to forget why we were mad in the first place.

Islam was a very compassionate person. He absolutely loved helping others in need; always finding ways to learn what those around him wanted and made every effort to help them. Like the time he created T-shirts to sell so he could send the profits to Gaza. He was genuinely concerned about the same issues kids his age are, and unusually devoted to those that meant something extra special to him.

When asked about his interests and opinions, he was able to logically explain his ideas about them in ways far beyond those which someone his age would be capable of. With Islam being so intelligent and mature for his age, there was so much pressure and expectations on me to be like him. At the time I was stressed out about that, but there is nothing wrong with wanting to be like my older brother. He was very likeable and had a great sense of humor. He loved to make people laugh and did it well. Islam had a lot of potential, and to see that die would absolutely crush me.

That is who I remember Islam to be. He's extremely bright, and the potential I mentioned before is still there, buried inside. He is hurting more than any of us can imagine, and yet is adapting to an extremely unpleasant situation better than most ever could. He is polite and considerate to

those that have contact with him. He is realistic about his situation, yet remains hopeful that he will find something positive in it.

He does have plans for the future and has discussed with me his ideas of getting into business, particularly stocks. All of his hopes and dreams have to do with getting an education and using it to become a productive member of society. I believe what he needs is the hope that he has a chance of achieving these goals.

We regularly send letters to each other, talking about the situation he is in and other things such as future plans, grief for what he has done, and him accepting what he did was wrong. He is aware of the pain that he has caused, and is just as shocked as the rest of us that he was capable of such horror. He is especially sorry for the pain he has brought upon our father, who tried so hard to help him. He now realizes that his family will always be his number one supporter, not his so-called friends that guided him into the wrong path.  I share this because I think it emphasizes the kind of person Islam was and still is. I think it also shows that there really should be no concern for this kind of thing to happen again.

I love my brother more than I ever thought possible. It is a difficult concept for an outsider to understand, but it comes from what is inside us.  I truly see the signs of someone who was in desperate need of help, different help than any of us knew how to give. He needs support and love from the people who truly want the best for him. But most of all right now, he needs hope.

Thank you for your time in reading this. I wanted to speak from my heart and hope you will forgive the informality of this letter. I realize you have a huge amount of things to consider in this case, and I hope I haven't sounded like a nagging sister. Thanks again for your attention.

Respectfully yours,

A█ Natsheh

exhibit B

Honorable Judge Seeborg
United States District Judge
℅ Candis Mitchell
Office of the Federal Public Defender
Room 19-6884, Box 36106
San Francisco, CA 94012

Dear Judge Seeborg,

My name is Said Natsheh and I am Islam Natsheh's father. I am writing this in hopes it sheds
some light on who my son truly is.  I would like to start off by talking about Islam's early
childhood and my experience with it all. Although Islam was fairly young when his mother and I
began having marital problems, he was still old enough to have some type of memory of it. In
2004, I had an aneurysm which left me in the hospital for several years. The day after my first
surgery, I woke up to find out Islam's mother had took my son and daughter without my consent
to New York. I can only imagine what kind of impact this had on Islam. I believe this affected
my son's behavior because so early on in his life he was forced to grow up. With Islam being too
young to speak up for himself, he kept everything inside, suppressing his emotions, which
contributed to him being in this situation.

After two years, Islam's mother asked me to take Islam and let him live with me because she
couldn't handle the situation. Still recovering from my major surgeries, I raised Islam on my
own. It was extremely difficult raising my son as a single dad with the health issues I was going
through. However, I was grateful that Islam came back to California. I tried my best to give him
the normal life he deserved. I was and still am devoted to creating a better life for my children. I
even stayed single for almost ten years, choosing not to remarry in order to focus on my kids.

As Islam got older, I saw him blossom into an amazing young man. He always had a talent with
managing and leading others. I was proud when he got his first job working at the concierge in a
hotel. He has a fun and welcoming personality that always made everyone feel comfortable.
However, once he graduated from high school he started to change. He became distant from the
family, rarely speaking with us. He would stay out late with friends, sometimes not even coming
home until morning. This caused tension between us. We argued nonstop about the things he was
doing. Like any parent, they want their kids to be responsible and not stray on what's important;
in Islam's instance, family and education. We faced extreme challenges during these last two
years. I've even resorted to kicking him out, which I thought was best for him at the time, but
deep down it hurt me to see Islam go through these rough times. He rebelled against me in ways
that would make any other person give up on him. But I never stopped trying to help my son.

I had to be tough with Islam because there was no other way. I never agreed with his bad
behavior, but I knew all of it was coming from stress. Drugs and marijuana played a major factor

in his behavior. He became dependent on drugs in order to escape the pain of reality. When he decided to move back with his mom in New York, I believed that maybe this could be a way for Islam to start new. However, no sooner then 5 months Islam was back and worst than ever. I sought help from my longtime friend Hamza Ghosheh, who considers Islam to be one of his own, after the bad impact of Islam's trip to Syracuse, New York. Hamza offered Islam a job at his restaurant, Falafel House. Islam started to repair his life and was committed to to going back to school. He started becoming more responsible, paying off his many parking tickets to fix his driving record, looking at colleges to attend, and becoming more social with the people around him.

I have seen how Islam sincerely regrets having committed this crime. He knows in himself that he has done something wrong and must be accountable for the consequences of his actions. Although I want to save my son, I don't want to lose him in the process. I do believe he deserved to be arrested because this was the wake up call that Islam needed. He has passed the lowest point in his life and will only be going up from here on out. I am absolutely positive that my son has learned his lesson, especially after seeing what he put his loved ones through.

Your Honor, I ask for mercy on my son. We all know he made a huge mistake, but he has realized what he did was wrong and just wants a second chance to show you and his family that he can change his life for the better. He has no prior criminal history and has never been violent to the people close to him. With my current health issues, I don't think I can live without him. He means the world to me and I just hope this letter can help him, even in the slightest way possible. Thank you for your time and consideration.

Respectfully yours,

Said Natsheh

exhibit c

Dear Judge Seeborg,                                                                11/13/2016


My name is Helen Ghosheh a mother of three children and two stepchildren. I own a little
Middle Eastern restaurant in Sonoma County.

I have known Islam Natsheh for 7 years now both on a personal and business level. Islam
Natsheh has grown on my family and I over the years. Sitting here trying to write this letter for
Islam's conviction court date is very shocking and difficult for me. I am still in complete shock
that he's in this situation all together.

Islam had a very rough childhood. He didn't have it easy growing up. His mother left him and
took his little sister and went to live in NY. Islam was left with his father, all alone without his
mother and sister. This separation took a huge toll on Islam's well-being. He was separated from
his mother at such a young and critical age. I say this with the up most confidence because I went
through the same exact hardship.

The past couple of months before Islam was arrested, I didn't recognize the person I saw
anymore. He was depressed, not eating, very unhappy, not going out, zero socialization and was
very down on himself. Islam was going through a very deep depression and needed help but he
didn't think that therapy would be of any help.

One day, out of nowhere, Islam decided to move to NY to be with his mother that he longed to
be with for years. Without going into details, but the beautiful picture and dream of him reuniting
with her wasn't what he found. His mother and her family called the police on Islam several
times and kicked him out and wanted nothing to do with him knowing the depression he was
going through.

Islam then returned to San Francisco to be with his father after having nowhere to go. This was
absolutely heart shattering for Islam. To dream about something your whole life. To think about
that day that you reunite with your mother, with your family, and be turned away, was not
something Islam was ready for.

I remember on a fall afternoon, Said Natsheh, Islam's father called my husband and I and said
that Islam has been locked in his room for one week now without food and water. He refuses to
come out and refuses to speak with anyone. He asked us if we could maybe come down and
speak with Islam to see what the problem was. I personally called Islam myself and we had a
long talk. I can still hear him sobbing over the phone about how depressed and hopeless he was
feeling. He didn't want to feel this way and didn't know what to do.

My husband and I offered him a job at our restaurant, a place to stay but there was a condition.
He needed to go back to school and finish his degree. He agreed and started working for us 2
days later.

It was such a joy to have him in our restaurant and our home. He brought life into our children's lives as we don't have any family here in Petaluma. Our children started calling him uncle Islam and got very attached to him. He was thriving in the work place! Customers loved him, he brought more business with his smile, positive attitude and charming personality. Customers would solely ask for Islam to make their orders. He started coming out of that funk he's been in for months. He started losing weight, working out again, socializing, developing new and healthy relationships and most importantly, he felt worthy again.

Around that time, I needed to have major surgery and didn't have any family around to help. At that point, Islam was staying at our house a lot. I still remember till this day how sweet and helpful he was with me and the kids. He was running the restaurant as well as helping around the house and kids. Anytime I had a follow up, he would be the first one to volunteer to watch the kids and or drive me to my appointment. He cooked, cleaned, babysat and ran the restaurant. We would have 2-4 movie nights a week and we always had a blast with him. My two toddlers would wake him up as early as 6am on the weekends and he would make sure they had breakfast and played with them until we woke up. Dinners all together were a time Islam and my family treasured together. I felt as though we filled a gap that Islam had been looking for his whole life. I have to say though, he also filled a gap in our lives as well. His bubbly personality and warm heart brought joy into our family that I will forever be thankful for.

Islam Natsheh is smart, witty, courageous, adventurous, affectionate, compassionate, empathetic, generous and a reliable human being. I know Islam made his mistakes, I know he should have taken the high road and walked away but, because of one mistake, should this young man's life come to an end? Should he not have a future ahead of him because he messed up? His is still full youth and has so much to give back to his community and his family. Said Natsheh has been there for Islam trying to raise him all in his own. If not for Islam's sake, then for his fathers.

I beg the court to look at all aspects of this case. I beg that Islam is given another chance. Another opportunity to restart his journey and restart on the right path. I beg that the court have mercury on Islam as well as his father that has raised him and invested in his well-being. I ask the court to consider A██, Islam's sister that has left her mother, her family, her friends and unrooted her entire life to reconnect with her only brother and made the move all the way from NY.

If and when Islam is given another chance, he has my home open to him. I will have a full time position at our restaurant and my husband, his dad and I will make sure that he goes back to school like he originally had planned. We will also make sure he goes into counseling to deal with his depression as this goes hand in hand in him succeeding and working towards his future.


Respectfully yours,

Helen Ghosheh

██████████

exhibit D

Honorable Judge Seeborg
United States District Judge
c/o Candis Mitchell
Office of the Federal Public Defender
Room 19-6884,/Box 36106
San Francisco, CA 94102

10/25/2016
                re:   Islam Natsheh

Dear Judge Seeborg,

     My name is Suhad Halaka.   I am a 73 year old retired woman.  I worked
with Islam from mid 2011 till mid 2014 at the Gift Shop / Concierge inside
the Holiday Inn GoldenGateway in San Francisco.  Islam worked on the week-
ends while going to High School.  He functioned at a much higher level than
the other two young part- time employees that I worked with.  Islam got my
attention immediately by his honesty and hard work.  He learned fast and
helped the other employees to do a better job.  He had excellent customer
service and was well liked by the guests of the hotel that he helped.  Islam
related to me as a mother or a grandmother that he never had.  His parents
were divorced and he was raised by his father.  I expected Islam to do well
in college and build a solid future for himself.  I kept in contact with him
after the Gift Shop closed in June, 2014 and I found out that he tried to re-
connect with his mother and Grandmother in New York but was extremely
disappointed in his mother's life style which made him come back in less than
a week.   Islam seemed to have lost hope in making his and his family's lives
better and as a result he seemed depressed most of the time and dropped out
of college.   I never ever expected Islam who was a fine young man to be
capable of committing a crime and end up in Jail.   I am angry at him but yet
very sad for his present situation.   I have no explanation or an excuse for
his actions but I appeal to you to look at the Islam I knew and loved and
extend leniency and mercy to him because he most certainly would not fail if
given another chance.


                                    Respectfully Yours,



                                        Suhad

Halaka

exhibit E

Honorable Judge Seeborg
United States District Judge
c/o Candis Mitchell
Office of the Federal Public Defender
Room 19-6884, Box 36106
San Francisco, CA 94102

      Dear Judge Seeborg,

      My name is Ibrahim Aboudamous, I am 21 years old and currently working at Apple as a specialist. I am also a student at Skyline College in San Bruno, California, finishing my general education studies to attend San Francisco State University in the Spring of 2017, in pursuit of my Bachelor Degree in Computer Science.

      It was the end of 7th grade when I first met Islam Natsheh, Islam started out as just a friend to me, but it was not long before our friendship morphed to be more of a brotherhood. For the rest of middle school, throughout high school, and eventually into college, Islam acted as my motivation to pursue my education, even when the prospects of me attending college, or even graduating, seemed dismal. Islam tutored me in the subjects I was falling behind in, reminded me of impending deadlines, and provided both academic and emotional support in a multitude of other ways.

      Respectively, Islam was not just there for me in this aspect, but for everybody in the school, the positive effect he reverberated throughout the halls was evident. I remember being extremely envious of Mr. Natsheh in high school; I cannot account for a single time someone would walk past him without smiling. He was the guy you could always count on, whether you needed last minute help on an assignment you waited too late to start, or an understanding ear to help you through your problems, Islam was selfless in his endeavors to help his peers. Islam participated on campus in a variety of ways, he was announced "student of the month" many times in high school, displaying his relentless work ethic to complete all assignments and always remain an active class participant. Mr. Natsheh was also a part of the school's speech team, where he blossomed by taking his passion of talking to people and used it to perform and compete against other schools all across the state of California.

      Mr. Natsheh was also a devout member of the community. Islam was deeply troubled at the realization that the local mosque was understaffed and too underfunded to hire more teachers, so he took a proactive approach. Islam dedicated virtually all of his free time to volunteer at the mosque; helping the children learn about their religion and the Arabic language. Most admirable to me was that during his months working in the mosque, he never once fretted about gaining volunteer hours, payment, or praise, he just felt morally obligated to help the youth of his community.

      At one point in my life I was having trouble finding a job and it was Islam who helped me find employment. He approached me, asking me to join him in a job interview with a local gift shop and concierge position he was working with. Working together, observing Islam in a professional sphere, is where some of his best qualities came to light. Every customer that walked into the gift shop would receive such genuine customer service and care from Islam. A lot of tourists would come in without a clue as to how to navigate the city, or even how to communicate with the locals, but Islam repeatedly went out of his way to make ensure the

customers, regardless of race, religion, or orientation, felt comfortable and cared for while in his presence.

It comes with utter shock learning that Mr. Natsheh, a young man who would go out of his own way to make sure he could make you smile on your worst days, is being convicted of such a heinous crime. Islam struggled with mental health and drug addiction issues in the months proceeding his conviction. It brings me great disturbance that his vulnerability as a product of said issues put him in a position to be radicalized. However, with the full acknowledgement of Islam's wrongdoings, it is with my deepest sincerity that I claim Islam wanted to be a successful, active member of the community, and I strongly believe it was depression that drove him to resort to the extreme measures he did. After speaking to Islam on the phone from jail and visiting him, it is uncomplicated to see that Mr. Natsheh is aware of his wrong doings and is in complete regret.

As humans we must not forget that we are not always perfect but that we must accept our mistakes and learn from them, even the greatest have once their lives failed, but it was those mistakes that helped them learn and fix their decisions. I strongly hope that Mr. Natsheh is treated leniently and with mercy as this should be an opportunity to get his life back on track to achieve the positives that once were his main goal, instead of receiving a punishment to completely put said positive goals to rest. Thank you for your time, your Honor Judge Seeborg.

Respectfully,

Ibrahim Aboudamous

Phone: ███████████
Email: iaboudam@my.smccd.edu

exhibit F

Honorable Judge Seeborg
United States District Judge
c/o Candis Mitchell
Office of the Federal Public Defender
Room 19-6884, Box 36106
San Francisco, CA 94102


Dear Judge Seeborg,

My name is Zakariya Jamali from Brisbane, CA writing this letter on behalf of a brother of mine named Islam Natsheh. I am 19 years old and currently a full-time student at Skyline college and College of San Mateo. I work a part time job at Best Buy in Colma and help my father out with our small business of an Auto Repair Shop in South San Francisco. Islam is one of the greatest friends I have and will ever have. He has always been there for me and I have never looked down on him less than a brother. He is a smart, loving, generous and an exquisite human being. I have known Islam since the ending of his high school education and beginning of his college, so around when he was 17-18 years old. I met him through another good brother of ours named Ibrahim.  I am fully aware that he has made a mistake and was unfortunately mislead but we cannot judge a person based off his or her mistakes. Yes, a punishment must be applied but treating him like a dangerous person is wrong. Knowing, Islam for so long he wouldn't hurt a fly. When we would go out with the boys he would always be the first person to offer to pay or he would be the first person to offer to drive. He was always ready to pitch in. He was also ready to pitch in to his community by continuously donating to the needy and to his local mosques. Islam has always been at a battle with himself especially after going through the divorce with his parents at such a young age, trying to get his education as a business major, trying to make money and save up, and most importantly proving himself to his dad and the world. he was working hard to make his father and family proud. This side of him was never shown and I was so surprised about what happen when I first heard about it. The worst part is he will not be able to live his life like us, and his life is going to get thrown away and I think that's what hurts the most. I truly hope you will see Islam passed his mistakes and as a blessing to this society rather than a threat. Even though I may have not talked to Islam since the

beginning of the incident, I am sure he has learned from his mistake and understands what he has done. Thank you for taking the time to read my letter and understanding him from my point of view.

Respectfully,

Zakariya Jamali

exhibit G

Honorable Judge Seeborg
United States District Judge
c/o Candis Mitchell
Office of the Federal Public Defender
Room 19-6884, Box 36106
San Francisco, CA 94102

Dear Judge Seeborg,

My name is Sadullah Hamidi. I was the former Imam (priest ) of  Fiji Jamaat Ul Islam of
America (FJIA) in South San Francisco. I was an Imam for seven and half years in FJIA.

Mr. Islam Natsheh use to come to our Friday prayers with his father Saeed Natsheh who
introduced me to him. Islam would also come and visit some of his friends in my class
where I use to teach Quran reading in Arabic. I had a total of 25 kids.  The kids that attended
the class ranged from the 5 to 15 years old.

As typical young boys, they would get loud so Islam offered to help me teach the boys
Islamic studies, like how to pray.  So I accepted his offer.

He taught the kids for a period of 4 to 5 months every <u>Thursday from 6pm to 7pm</u>. The kids
really enjoyed his company and we're very happy to see him. I didn't see any type of bad
behavior from Islam during this period of 4 to 5 months.

After those months, I didn't see Islam for several months. Then his father came and told me
that Islam had move to New York to live with his mother.

I can testify that during the period, which I knew Islam he was a very good and loving
person to everyone.


Respectfully yours,

Sadullah Hamidi
Imam

exhibit H

22 October 2016

Honorable Judge Seeborg
United States District Office
℅ Candis Mitchell
Office of the Federal Public Defender
Room 19-6884, Box  36106
San Francisco, CA 94102

Re: Islam Natsheh

Dear Judge Seeborg,

My name is Sami Alayan and my wife's name is Noor Alayan and we are Islam Natsheh's aunt and uncle. I have a diploma in computer science and my wife has a bachelor's degree in geography and she is currently studying human services to get her master's in social work. We have three kids ranging from age five to twelve.

We know Islam Natsheh about as well as his immediate family would. We know him to be trustworthy, caring, and a man who loves to give back to his community. Ever since he was a little boy he was active and full of energy, always willing to help. Once Islam moved from New York to the Bay Area in 2006, that's when he was able to get to know our kids and create an incredible relationship with them. He would constantly visit us, buy presents for the kids, take them out to eat, playing games with them, and with that we were able to trust him like one of our own. Islam was always willing to lend a hand, never hesitating when we asked for him the babysit his cousins. As Islam got older, we realized he was the type of person that will help anyone who asked for it. We found him to be an extraordinary young man with a passion to assist ones in need. We were thrilled to find out he created t-shirts to sell so he can send the profits to the families in Gaza.

We were extremely heartbroken and shocked to hear Islam was arrested. Especially since this is Islam's first time being arrested. With his clean record, as well as his close relationship with his community and family, we strongly believe that a lesser sentence would be good for Islam so he can turn his life around, and prove to you and his family what amazing things he can do. Your Honor, we ask for your mercy. We hope you are able to see the potential in Islam and give him a second chance to turn his life around.

Respectfully yours,
Sami Alayan