03/19/2018 04:45 PM PDT                                                                                                                      Version 7.1    Page  1    of   1

# U.S. Courts
## Case Inquiry Report
Case Num: DCAN316CR000166;  Party Num: 001;  Payee Code: N/A
Show Party Details: N;  Show Payee Details: N;  Show Transactions: Y

**Case Number**   DCAN316CR000166        **Case Title**   USA V. NATSHEH

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | CAN4248 | ISLAM SAID NATSHEH | 316-0001661 | SPECIAL PENALTY ASSESSMENT | | 100.00 | 100.00 | 0.00 |
| | | | | | | 100.00 | 100.00 | 0.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|
| CT B030717DCAN316CR00016600119 | 03/07/2017 | 04/03/2017 | PR | 25.00 | ISLAM SAID NATSHEH | O | OP3 | 504100 |
|   DCAN316CR000166-001  1  SPECIAL PENALTY ASSESSMENT | | | | | | | | |
| CT B091117DCAN316CR00016600120 | 09/11/2017 | 10/02/2017 | PR | 25.00 | ISLAM SAID NATSHEH | O | OP3 | 504100 |
|   DCAN316CR000166-001  1  SPECIAL PENALTY ASSESSMENT | | | | | | | | |
| CT B010918DCAN316CR00016600149 | 01/09/2018 | 02/05/2018 | PR | 25.00 | ISLAM SAID NATSHEH | O | OP3 | 504100 |
|   DCAN316CR000166-001  1  SPECIAL PENALTY ASSESSMENT | | | | | | | | |
| CT B021218DCAN316CR00016600153 | 02/12/2018 | 03/01/2018 | PR | 25.00 | ISLAM SAID NATSHEH | O | OP3 | 504100 |
|   DCAN316CR000166-001  1  SPECIAL PENALTY ASSESSMENT | | | | | | | | |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CT | Cash Receipt - CCA Automated |

**SPECIAL ASSESSMENT PAID IN FULL**

Defendant:  Islam Said Natsheh
Amount $  100.00        Date:  2/12/18