IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,**  Plaintiff,  v.  **Islam Natsheh,**  Defendant. | **Case No.:** CR 16–166 RS (JCS)  **[Proposed] Order For Release With Conditions** |

The defendant appeared before the undersigned United States Magistrate Judge. For good cause shown, IT IS HEREBY ORDERED that the United States Marshal and/or his representatives release from federal custody the above-named defendant on Tuesday, May 31, 2022. While released Mr. Natsheh is required to reside at the home of Berta Beltran and cannot change residence without notice and approval by probation.

IT IS SO ORDERED.

Dated: _____

JOSEPH C. SPERO
United States Chief Magistrate Judge

[PROPOSED] ORDER FOR RELEASE WITH CONDITIONS
*NATSHEH*, CR 16–166 RS (JCS)

1