JODI LINKER
Federal Public Defender
Northern District of California
CANDIS MITCHELL
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:         Candis_Mitchell@fd.org

Counsel for Defendant NATSHEH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,** | **Case No.:** CR 16–166 RS |
| Plaintiff, | **Stipulated Order Continuing Hearing** |
| v. | |
| **Islam Natsheh,** | |
| Defendant. | |

The above-entitled matter is currently scheduled for status appearance. Additional filings have recently been made in the case and Mr. Natsheh needs time to review the filings with counsel. The defense accordingly requests that the matter be continued until August 23, 2022, at 2:30 pm via zoom.

The government and probation has no objection to this proposed continuance.

Therefore, for good cause shown the hearing currently scheduled on August 16, 2022, shall be vacated. The matter shall be continued until August 23, 2022.

//

//

IT IS SO STIPULATED.

| | |
|---|---|
| <u>August 15, 2022</u><br>Dated | STEPHANIE M. HINDS<br>United States Attorney<br>Northern District of California |
| | <u>            /S                         </u><br>KYLE WALDINGER<br>Assistant United States Attorney |
| <u>August 15, 2022</u><br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California |
| | <u>            /S                         </u><br>CANDIS MITCHELL<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

| | |
|---|---|
| <u>August 15, 2022  </u><br>Dated | Hon. RICHARD SEEBORG<br>United States District Judge |

STIP. ORD. CONTINUING HEARING
*NATSHEH*, CR 16–166 RS