# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Venue

---

**Amended Petition for Summons for Person Under Supervision**

---

**Person Under Supervision**
Islam Said Natsheh

**Docket Number**
0971 3:16CR00166-001 RS

**Name of Sentencing Judge:**  The Honorable Richard Seeborg
Chief United States District Judge

**Date of Original Sentence:**  December 14, 2016
**Date of Violation Sentence:**  August 23, 2022

**Original Offense**
Count One: Providing Material Support or Resources to Designated Foreign Terrorist Organizations, 18 U.S.C. § 2339B(a)(1), a Class C Felony

**Original Sentence:** 60 months custody; six years supervised release
**Violation Sentence:** Time-served; six years supervised release

**Special Conditions:** $100 special assessment; drug testing/treatment; mental health treatment, enroll in CIMP program; computer search; access to financial information; obtain full-time employment; search; association restrictions; no weapons; DNA collection; no alcohol

**Prior Form(s) 12:** On February 8, 2021, a Petition for Summons was filed by the Court. The allegations were Mr. Natsheh committed another federal, state or local crime; specifically driving under the influence of drugs and alcohol; and possessed a controlled substance. On March 9, 2021, the Court took judicial notice of the violations and continued Mr. Natsheh on supervision. A condition was added that Mr. Natsheh was not to consume alcohol.

On May 13, 2021, a Petition for Summons was filed by the Court. The allegations were Mr. Natsheh possessed unauthorized and unmonitored phones/computers; possessed a controlled substance (cocaine); and submitted urine samples positive for cocaine and marijuana.

On July 1, 2021, a Petition for Warrant was filed by the Court. The additional allegations were Mr. Natsheh committed another federal, state or local crime, specifically aggravated assault with a knife. It was also alleged he possessed a weapon. Mr. Natsheh made his initial appearance before the Magistrate Court on May 25, 2022. On May 31, 2022, Mr. Natsheh was released from custody. Mr. Natsheh appeared before Your Honor on June 21, 2022. The Court was informed Mr. Natsheh had submitted a urine sample positive for cocaine and his conditions were modified to include halfway house placement for up to 90 days, as directed by probation.

**RE:**    Natsheh, Islam Said                                                                                              2
         0971 3:16CR00166-001 RS

On August 11, 2022, an Amended Petition for Warrant was filed by the Court. The additional allegations were that Mr. Natsheh committed another federal, state or local crime (Battery); failed to reside at the Residential Reentry Center as directed; submitted urine samples positive for marijuana, failed to attend mental health treatment; and failed to report for drug testing. On August 23, 2022, Mr. Natsheh's term of supervised release was revoked and he was sentenced to time-served, followed by six years of supervised release.

On October 27, 2022, the Court took judicial notice Mr. Natsheh had submitted urine samples positive for marijuana; failed to attend mental health treatment; and failed to appear for drug testing.

On March 19, 2024, a Petition for Summons was filed alleging Charges One through Three. On April 1, 2024, Mr. Natsheh made his initial appearance before Magistrate Judge Tse and was arraigned on Charges One through Three. On April 16, 2024, Mr. Natsheh appeared before Your Honor. The Court gave Mr. Natsheh a few weeks to show sobriety. On May 7, 2024, Mr. Natsheh appeared before Your Honor. The Court ordered Mr. Natsheh to participate in residential drug treatment at New Bridge Foundation based on continued drug use. On August 20, 2024, Mr. Natsheh appeared before Your Honor for a status hearing. The Court imposed a no alcohol condition. On November 26, 2024, Mr. Natsheh appeared before Your Honor for a status hearing. The matter was continued until January 7, 2025. On January 7, 2025, Mr. Natsheh appeared before Your Honor for a status hearing. The parties agreed to set it out approximately 60 days to monitor his compliance. On March 25, 2025, Mr. Natsheh appeared before Your Honor for a status hearing. Mr. Natsheh was over 30 minutes late to the hearing and was admonished for missing several testing and treatment sessions. On April 29, 2025, Mr. Natsheh appeared before Your Honor for a status hearing. The Court was informed of Mr. Natsheh's continued drug use. The matter was set for a further status/disposition hearing on July 15, 2025, at 9:30am.

| | |
|---|---|
| **Type of Supervision** | **Date Supervision Commenced** |
| Supervised Release | August 23, 2022 |
| **Assistant U.S. Attorney** | **Date Supervision Expires** |
| Helen Gilbert | August 22, 2028 |
| **Defense Counsel** | |
| Candis Mitchell (AFPD) | |

---

### Petitioning the Court

**The issuance of a summons for the person under supervision to appear in court before the duty Magistrate Judge for identification of counsel and setting of further proceedings on June 17, 2025, at 10:30 a.m. and to take notice of the additional violation conduct alleged in Charges Four, Five and Six of this amended petition and to incorporate the information into all future proceedings (all additions have been highlighted in bold).**

I, Alex Gerstel, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual

NDC-SUPV-FORM 12C(1)  1/12/2024

**RE:**    Natsheh, Islam Said                                                                                      3
           0971 3:16CR00166-001 RS

affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the person under supervision violated mandatory condition number three which states, in part, that he refrain from the use of a controlled substance. |

> Mr. Natsheh submitted urine samples positive for marijuana on November 1, 2022; November 10, 2022; December 2, 2022; February 13, 2023; December 1, 2023; and February 25, 2023. Subsequently, on March 7, 2023, and February 25, 2024; Mr. Natsheh submitted urine samples positive for cocaine.

> Evidence in support of this violation can be found in Abbott Laboratories specimen identification numbers: B04908128, B04908159, B04908265, B04908235, B04924336, and B04538857; and an admission form signed by Mr. Natsheh on February 25, 2024.

| Charge Number | Violation |
|---|---|
| Two | There is probable cause to believe the person under supervision violated special condition number two which states, in part, that he will participate in a program of testing and treatment for drug abuse, as directed by the probation officer. |

> Mr. Natsheh failed to attend urine analysis testing at Dolan Mental Health on November 17, 2022; December 7, 2022; December 12, 2022; January 6, 2023; January 11, 2023; January 18, 2023; February 2, 2023; February 8, 2023; March 1, 2023; March 16, 2023; April 3, 2023; April 11, 2023; April 19, 2023; May 2, 2023; May 8, 2023; May 17, 2023; June 7, 2023; June 12, 2023; June 22, 2023; July 5, 2023; July 11, 2023; July 20, 2023; September 12, 2023; September 18, 2023; October 2, 2023; October 10, 2023; October 18, 2023; November 2, 2023; November 8, 2023; November 16, 2023; December 1, 2023; December 4, 2023; December 12, 2023; January 3, 2024; January 8, 2024; January 17, 2024; February 6, 2024; February 15, 2024; February 19, 2024; March 4, 2024; and March 12, 2024.

> Evidence in support of this violation can be found in Dolan Mental Health's no-show notifications, and the Probation Office's chronological case note dated March 12, 2023, at 1931 hours.

NDC-SUPV-FORM 12C(1)  1/12/2024

**RE:**   Natsheh, Islam Said                                                                 4
          0971 3:16CR00166-001 RS

Charge Number                    Violation

Three                            There is probable cause to believe the person under supervision violated
                                 special condition number three which states, in part, that he will participate
                                 in a mental health treatment program, as directed by the probation officer.

                                 Mr. Natsheh failed to attend individual mental health counseling
                                 sessions at Dolan Mental Health on October 8, 2023; and October 23,
                                 2023.

                                 Evidence in support of this violation can be found in Dolan Mental
                                 Health No Show Notifications dated October 8, 2023; and October 23,
                                 2023.

**Charge Number**                **Violation**

**Four**                         **There is probable cause to believe that the person under supervision
                                 violated mandatory condition number three which states, in part, that
                                 he refrain from the use of a controlled substance.**

                                 **On April 11, 2024, May 3, 2024, April 29, 2025, and May 29, 2025,
                                 Mr. Natsheh tested positive for cocaine. On November 26, 2024,
                                 January 7, 2025, January 15, 2025, April 1, 2025, April 29, 2025,
                                 April 30, 2025, and May 29, 2025, Mr. Natsheh tested positive for
                                 cannabinoids.**

                                 **Specifically, while pending court for drug use and treatment
                                 noncompliance, Mr. Natsheh continued to submit urinalysis at the
                                 Probation Office. On April 11, 2024, May 3, 2024, April 29, 2025,
                                 and May 29, 2025, Mr. Natsheh reported to the Probation Office
                                 and tested positive for cocaine. On April 29, 2025, after a hearing
                                 before Your Honor, Mr. Natsheh reported he went out drinking
                                 with friends and used cocaine. On May 29, 2025, Mr. Natsheh
                                 reported he went to a BBQ with friends and used cocaine. Mr.
                                 Natsheh was smiling and making light of the situation by laughing.**

                                 **Evidence in support of this charge includes the Abbot Drug Test
                                 Reports, Admission/Denial Form signed by Mr. Natsheh and the
                                 chronological entries maintained by the probation office dated
                                 April 29, 2025, at 9:54 and May 29, 2025, at 14:52.**

**Charge Number**                **Violation**

**Five**                         **There is probable cause to believe the person under supervision
                                 violated special condition number two which states, in part, that he will
                                 participate in a program of testing and treatment for drug abuse, as
                                 directed by the probation officer.**

NDC-SUPV-FORM 12C(1)  1/12/2024

RE:   Natsheh, Islam Said                                                                   5
      0971 3:16CR00166-001 RS

> **On February 11, 2025, February 19, 2025, March 10, 2025, March 20, 2025, March 24, 2025, April 3, 2025, April 15, 2025, May 6, 2025, May 13, 2025, and May 28, 2025, Mr. Natsheh failed to report for random drug testing.**
>
> **On May 29, 2025, when asked about his recent missed urinalysis, Mr. Natsheh admitted he doesn't call the drug testing line as directed.**
>
> **Evidence in support of this charge includes the Missed Session Notification from Hope Program.**

**Charge Number**          **Violation**

**Six**                    **There is probable cause to believe the person under supervision violated special condition number three which states, in part, that he will participate in a mental health treatment program, as directed by the probation officer.**

> **On March 1, 2025, March 22, 2025, May 10, 2025, and May 23, 2025, Mr. Natsheh failed to attend his mental health treatment sessions at Hope Program.**
>
> **Evidence in support of this charge includes the Missed Session Notification from Hope Program.**

Based on the foregoing, there is probable cause to believe that Islam Said Natsheh violated the conditions of his Supervised Release.

Respectfully submitted,                          Reviewed by:

_Alex Gerstel_                                   _Jennifer Hutchings_
Alex Gerstel                                     Jennifer Hutchings
U.S. Probation Officer Specialist                Supervisory U.S. Probation Officer
Date Signed: June 3, 2025

NDC-SUPV-FORM 12C(1)  1/12/2024

**RE:**    Natsheh, Islam Said                                                                                                    6
        0971 3:16CR00166-001 RS

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

X|    The issuance of a summons for the person under supervision to appear in court before the duty Magistrate Judge for identification of counsel and setting of further proceedings on June 17, 2025, at 10:30 a.m. Furthermore, the Court takes notice of the additional violation conduct alleged in Charges Four, Five, and Six of this Amended Petition for Summons and incorporates them into all future proceedings.

□|    Other:

June 3, 2025
_____                _____
Date                                                                            Richard Seeborg
                                                                                    Chief United States District Judge

NDC-SUPV-FORM 12C(1)  1/12/2024

**RE:**   Natsheh, Islam Said                                                                7
         0971 3:16CR00166-001 RS

## APPENDIX

Grade of Violations:  C [USSG §7B1.1(a)(3), p.s.]

Criminal History at time of sentencing:  VI

|  | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | Two years<br>18 U.S.C. § 3583(e)(3) | 8-14 months<br>USSG §7B1.4(a), p.s. |
| **Supervised Release:** | Up to Life<br>18 U.S.C. § 3583(h) | Up to Life<br>USSG §7B1.3(g)(2), p.s. |
| **Probation:** | Not Applicable | Not Applicable |

NDC-SUPV-FORM 12C(1)  1/12/2024